LATHAM & WATKINS LLP
Matthew Rawlinson (Bar No. 231890)
  *matt.rawlinson@lw.com*
Daniel R. Gherardi (Bar No. Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600

*Attorneys for Defendants Extreme Networks, Inc.,
Edward B. Meyercord III, Remi Thomas, Christina
Tate and Kevin Rhodes*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, AND KEVIN RHODES,<br><br>Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Hon. Trina L. Thompson |

## <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil Local Rule 3-15 the undersigned certifies that as of this date, there is no conflict or interest other than the named parties to report.

Dated:  August 23, 2024

Respectfully submitted,

LATHAM & WATKINS LLP

By      */s/ Daniel R. Gherardi*
Matthew Rawlinson (Bar No. 231890)
  *matt.rawlinson@lw.com*
Daniel R. Gherardi (Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600

*Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Remi Thomas, Christina Tate and Kevin Rhodes*

1