LATHAM & WATKINS LLP
Matthew Rawlinson (Bar No. 231890)
  *matt.rawlinson@lw.com*
Daniel R. Gherardi (Bar No. Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600

*Attorneys for Defendants Extreme Networks, Inc.,*
*Edward B. Meyercord III, Remi Thomas,*
*Christina Tate and Kevin Rhodes*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, AND KEVIN RHODES,<br><br>Defendants. | CASE NO.  3:24-cv-05102-TLT<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO RESPOND TO COMPLAINT ~~AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES~~**<br><br>(Civil L.R. 6-1, 6-2, 7-12)<br><br>Hon. Trina L. Thompson |

Plaintiff Steamfitters Local 449 Pension & Retirement Security Funds ("Plaintiff") and Defendants Extreme Networks, Inc. ("Extreme Networks"), Edward B. Meyercord III, Rémi Thomas, Christina Tate, and Kevin Rhodes (together, with Extreme Networks, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS**, on August 13, 2024, Plaintiff filed the above-captioned securities fraud class action (the "Complaint," Dkt. No. 1) asserting claims under the Securities Exchange Act of 1934, which is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). *See* 15 U.S.C. § 78u-4, *et seq.*;

**WHEREAS**, the PSLRA provides for the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS,** motions for the appointment of lead plaintiff and lead counsel are due no later than October 15, 2024 (Dkt. No. 6);

**WHEREAS**, the undersigned counsel for Defendants is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

**WHEREAS**, the Parties expect an amended or consolidated complaint will be filed or the initial Complaint will be designated the operative complaint after the determination of any lead plaintiff motion(s) in this action by the Court-appointed lead plaintiff;

**WHEREAS**, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to such operative complaint;

**WHEREAS**, because of the special procedures specified in the PSLRA and the Northern District of California's Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions contemplate: (i) appointment of lead plaintiff; and (ii) the filing or designation of a

1

single complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the initial complaint prior to the appointment of lead plaintiff would result in the needless expenditure of private and judicial resources;

**WHEREAS**, on August 14, 2024, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting the Initial Case Management Conference for November 14, 2024, and setting various deadlines for the Parties to complete ADR certifications and disclosures contemplated by Federal Rule of Civil Procedure 26 (Dkt. No. 8);

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to extend Defendants' need to respond to the current Complaint and to continue the existing November 14, 2024 Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of Defendants' anticipated motion(s) to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1.      The undersigned counsel is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2.      Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3.      Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended or consolidated complaint, or designation of an operative complaint, and the response thereto.

4.      The Initial Case Management Conference scheduled for November 14, 2024 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and

2

the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

Dated:  August 23, 2024                    Respectfully submitted,


LATHAM & WATKINS LLP

By /s/ *Daniel R. Gherardi*
    Matthew Rawlinson (Bar No. 231890)
      *matt.rawlinson@lw.com*
    Daniel R. Gherardi (Bar No. 317771)
      *daniel.gherardi@lw.com*
    140 Scott Drive
    Menlo Park, CA 94025
    Telephone: +1.650.328.4600

    Melanie M. Blunschi (Bar No. 234264)
      *melanie.blunschi@lw.com*
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Telephone:  +1.415.391.0600

    *Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Remi Thomas, Christina Tate and Kevin Rhodes*

ROBBINS GELLER RUDMAN & DOWD LLP

By /s/ *Brian E. Cochran*
    Shawn A. Williams (Bar No. 213113)
    Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, California 94104
    Telephone:  (415) 288-4545
    *shawnw@rgrdlaw.com*

    Brian E. Cochran (Bar No. 286202)
    655 West Broadway, Suite 1900
    San Diego, California 92101
    Telephone:  (619) 231-1058
    *bcochran@rgrdlaw.com*


    *Attorneys for Plaintiff*

3

**SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Continuing Case Management Conference Deadlines.   Pursuant to Civil L.R.  5-1(i)(3) regarding signatures, I, Daniel R. Gherardi, attest that concurrence in the filing of this document has been obtained.

DATED:  August 23, 2024                                */s/ Daniel R. Gherardi*
                                                                      Daniel R. Gherardi

4

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED. The Initial Case Management Conference on 11/14/2024 is maintained.

Dated: August 26, 2024

_____
Hon. Trina L. Thompson
United States District Judge

5