ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
      – and –
DANIELLE S. MYERS (259916)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 W. Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf Itself and All Others Similarly Situated, ) ) ) ) | Case No. 3:24-cv-05102-TLT<br><br>CLASS ACTION |
| Plaintiff, ) ) | CERTIFICATE OF MICHAEL ALBERT PURSUANT TO LOCAL RULE 3-7(d) |
| vs. ) ) | |
| EXTREME NETWORKS, INC., et al., ) ) | |
| Defendants. ) ) | |

4894-3368-7792.v1

**CERTIFICATE PURSUANT TO LOCAL RULE 3-7(D)**

Pursuant to Northern District Local Rule 3-7(d), I, Michael Albert declare under penalty of perjury that I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

Executed this 15th day of October, 2024.

s/ Michael Albert
_____
MICHAEL ALBERT