**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Guillaume Buell (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, and KEVIN RHODES,<br><br>Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF GUILLAUME BUELL PURSUANT TO LOCAL RULE 3-7(d)** |

CERTIFICATION OF GUILLAUME BUELL PURSUANT TO LOCAL RULE 3-7(D)
CASE NO. 24-cv-05102-TLT

I, Guillaume Buell, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto.

DATED: October 15, 2024,                **LABATON KELLER SUCHAROW LLP**

                                        */s/ Guillaume Buell*
                                        Guillaume Buell (*pro hac vice* forthcoming)
                                        140 Broadway
                                        New York, NY 10005
                                        Tel: (212) 907-0700
                                        Fax: (212) 818-0477
                                        gbuell@labaton.com

                                        *Counsel for Proposed Lead Plaintiff*
                                        *and Proposed Lead Counsel for the Class*


**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(I)(3)**

I, Lucas E. Gilmore, am the ECF User whose ID and password are being used to file this certification. In compliance with Local Rule 5-1(i)(3), I hereby attest that Guillaume Buell concurs in this filing.

Dated: October 15, 2024,                **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                        */s/ Lucas E. Gilmore*
                                        Lucas E. Gilmore (Bar No. 250893)
                                        715 Hearst Avenue, Suite 300
                                        Berkeley, CA 94710
                                        Tel: (510) 725-3000
                                        Fax: (510) 725-3001
                                        lucasg@hbsslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 15, 2024 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore