UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, et al.

Plaintiff(s),

v.

EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, and KEVIN RHODES,

Defendant(s).

Case No. 3:24-cv-05102-TLT

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Francis P. McConville, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Movants - See attached in the above-entitled action. My local co-counsel in this case is Lucas E. Gilmore, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 250893.

| | |
|---|---|
| Labaton Keller Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 907-0700 | (510) 725-3000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| fmcconville@labaton.com | lucasg@hbsslaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4740338.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/17/2024

Francis P. McConville
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Francis P. McConville is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 17, 2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

**ATTACHMENT**

***Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks Inc.,***
**No.  3:24-cv-05102-TLT (N.D. Cal.)**

## <u>MOVANTS</u>

Oklahoma Firefighters Pension and Retirement System
Oklahoma Police Pension and Retirement System
Oakland County Voluntary Employees' Beneficiary Association
Oakland County Employees' Retirement System