**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiffs the
Pension Funds and the Class*

[*Additional Counsel on Signature Page*]

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiffs the
Pension Funds and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, REMI THOMAS, CRISTINA TATE, and KEVIN RHODES,<br><br>Defendants. | Case No.: 3:24-cv-05102-TLT<br><br>**CLASS ACTION**<br><br>**JOINT ADMINISTRATIVE MOTION REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge:  Hon. Trina L. Thompson |

JOINT ADMINISTRATIVE MOTION REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED
AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

Pursuant to the Court's Standing Order for Civil Cases and Local Rules 7-11 and 7-12, Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire"), Oklahoma Police Pension and Retirement System ("Oklahoma Police"), Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA"), and Oakland County Employees' Retirement System ("Oakland County ERS") (collectively, "Lead Plaintiffs" or the "Pension Funds") and Defendants Extreme Networks, Inc. ("Extreme Networks"), Edward B. Meyercord III, Rémi Thomas, Christina Tate, and Kevin Rhodes (together, with Extreme Networks, "Defendants," and together with the Pension Funds, the "Parties"), respectfully submit this joint administrative motion requesting that (a) the January 20, 2025 deadline in the December 30, 2024 Order Granting Unopposed Motion to Appoint Lead Plaintiff and Lead Counsel (Dkt. No. 51 at 7) ("December 30, 2024 Order") for Lead Plaintiffs to file an amended consolidated complaint be vacated, and (b) that the deadline for the filing of Lead Plaintiffs' Consolidated Amended Complaint remain as scheduled for February 14, 2025, the date jointly agreed to by the Parties in their November 7, 2024 Joint Case Management Statement (Dkt. No. 49) and adopted by this Court as the last day to amend pleadings in the November 13, 2024 Case Management and Scheduling Order (Dkt. No. 50) and the December 30, 2024 Order at 7.

This request for relief does not impact any deadlines set forth in the November 13, 2024 Case Management and Scheduling Order.

In accordance with Local Rules 7-11 and 7-12, this Joint Motion is accompanied by a Stipulation and [Proposed] Order setting forth the Parties' request and proposed form of order.

Dated: January 6, 2025

**LABATON KELLER SUCHAROW LLP**

By */s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

2

JOINT ADMINISTRATIVE MOTION REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

*Lead Counsel for Lead Plaintiffs the Pension Funds and the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone:  (510) 725-3000
lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiffs the Pension Funds and the Class*

**VANCOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle
79 Alfred Street
Detroit, MI 48201
Telephone:  (313) 578-1200
acastle@vmtlaw.com

*Additional Counsel for Oakland County Voluntary Employees' Beneficiary and Oakland County Employees' Retirement System*

Dated: January 6, 2025            **LATHAM & WATKINS LLP**

By  */s/ Daniel R. Gherardi*
Daniel R. Gherardi (Bar No. 317771)
daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600
*daniel.gherardi@lw.com*

Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600
*melanie.blunschi@lw.com*

*Counsel for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Remi Thomas, Christina Tate, and Kevin Rhodes*

3

JOINT ADMINISTRATIVE MOTION REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

**SIGNATURE ATTESTATION**

I, Lauren A. Ormsbee, am the ECF User whose identification and password are being used to file the foregoing Joint Administrative Motion Regarding Filing of Lead Plaintiffs' Consolidated Amended Complaint and Stipulation and [Proposed] Order Regarding the Filing of Lead Plaintiffs' Consolidated Amended Complaint.  Pursuant to Civil L.R. 5-1(i)(3) regarding signature, I, Lauren A. Ormsbee, attest that concurrence in the filing of this document has been obtained.

Dated: January 6, 2025

/s/ Lauren A. Ormsbee
Lauren A. Ormsbee

4

JOINT ADMINISTRATIVE MOTION REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT