**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiffs the
Pension Funds and the Class*

[*Additional Counsel on Signature Page*]

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiffs the
Pension Funds and the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, REMI THOMAS, CRISTINA TATE, and KEVIN RHODES, <br><br> Defendants. | Case No.: 3:24-cv-05102-TLT <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** <br><br> Hon. Trina L. Thompson |

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire"), Oklahoma Police Pension and Retirement System ("Oklahoma Police"), Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA"), and Oakland County Employees' Retirement System ("Oakland County ERS") (collectively, "Lead Plaintiffs" or the "Pension Funds") and Defendants Extreme Networks, Inc. ("Extreme Networks"), Edward B. Meyercord III, Rémi Thomas, Christina Tate, and Kevin Rhodes (together, with Extreme Networks, "Defendants," and together with the Pension Funds, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

WHEREAS, on November 7, 2024, the Pension Funds, as presumptive lead plaintiffs, together with Defendants, filed a Joint Case Management Statement pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California, Your Honor's Standing Order for Civil Cases, and the Court's August 14, 2024 Initial Case Management Order (Dkt. No. 49) ("Joint Case Management Statement");

WHEREAS, in the Joint Case Management Statement, the Parties jointly agreed to a February 14, 2025 deadline for the filing of the Pension Funds' (as presumptive lead plaintiffs) operative consolidated Amended Complaint (*see* Joint Case Management Statement at 3, 7 (stating "Presumptive Lead Plaintiffs anticipate filing an amended complaint if appointed as lead plaintiff(s) by the Court," and proposing an Amended Complaint deadline of February 14, 2025 and a schedule for the Defendants' motion to dismiss based on the February 14, 2025 date));

WHEREAS, the Parties jointly intended that language to convey that the Court-appointed lead plaintiff would file a single consolidated Amended Complaint on February 14, 2025;

WHEREAS, on November 13, 2024, the Court, pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, and the Joint Case Management Statement (Dkt. No. 49), adopted the Parties' consolidated amended complaint and motion to dismiss briefing schedule, setting February 14, 2025 as the "Last Day to Amend Pleading" and further scheduling Defendants' motion to dismiss

2

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

to be filed on April 15, 2025, Lead Plaintiffs' opposition to the motion to dismiss to be filed on June 13, 2025, and Defendants' reply brief to be filed on July 28, 2025 (Dkt. No. 50 at 2) ("November 13, 2024 Case Management and Scheduling Order");

**WHEREAS**, on December 30, 2024 the Court appointed the Pension Funds as Lead Plaintiffs, Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel, and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel, and ordered the Pension Funds as Court-appointed Lead Plaintiffs to file "an Amended Consolidated Complaint no later than January 20, 202[5], 21 days after the issuance of this order. Last day to amend pleadings is maintained for February 14, 2025." (Dkt. No. 51 at 7) ("December 30, 2024 Order");

**WHEREAS**, due to the complexity of issues in this securities class action and ongoing nature of newly appointed Lead Plaintiffs' factual investigation, which involves, among other things, consultation with industry experts, Lead Plaintiffs respectfully request that there be a single February 14, 2025 deadline for the filing of the consolidated Amended Complaint;

**WHEREAS**, the Parties agree that it is in the interests of judicial efficiency and economy for the Lead Plaintiffs to file a single consolidated amended complaint on February 14, 2025; for Defendants' motion to dismiss schedule reflected in the Court's November 13, 2024 Order to be preserved; that the January 20, 2025 date for the filing of an consolidated amended complaint be vacated; and that all remaining deadlines in the November 13, 2024 Case Management and Scheduling Order be maintained;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. The January 20, 2025 deadline in the December 30, 2024 Order for Lead Plaintiffs to file an amended consolidated complaint is vacated, the deadline for the filing of Lead Plaintiffs' Consolidated Amended Complaint is set for February 14, 2025, and all other dates set forth in the November 13, 2024 Case Management and Scheduling Order are maintained.

3

Dated: January 6, 2025

**LABATON KELLER SUCHAROW LLP**

By /s/ Lauren A. Ormsbee

Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Lead Counsel for Lead Plaintiffs the Pension Funds and the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone:  (510) 725-3000
lucasg@hbsslaw.com

*Liaison Counsel for Lead Plaintiffs the Pension Funds and the Class*

**VANCOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle
79 Alfred Street
Detroit, MI 48201
Telephone:  (313) 578-1200
acastle@vmtlaw.com

*Additional Counsel for Oakland County Voluntary Employees' Beneficiary and Oakland County Employees' Retirement System*

Dated: January 6, 2025

**LATHAM & WATKINS LLP**

By  /s/ Daniel R. Gherardi

Daniel R. Gherardi (Bar No. 317771)
daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025

4

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

Telephone: +1.650.328.4600
*daniel.gherardi@lw.com*

Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  +1.415.391.0600
*melanie.blunschi@lw.com*

*Counsel for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Remi Thomas, Christina Tate, and Kevin Rhodes*

5

STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated:

_____
Hon. Trina L. Thompson
United States District Judge

6
STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF LEAD PLAINTIFFS' CONSOLIDATED
AMENDED COMPLAINT
Case No.: 3:24-cv-05102-TLT