ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com
        – and –
DANIELLE S. MYERS (259916)
BRIAN E. COCHRAN (286202)
MICHAEL ALBERT (301120)
KENNETH P. DOLITSKY (345400)
655 W. Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
bcochran@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com

Attorneys for Plaintiff
Steamfitters Local 449 Pension & Retirement Security Funds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf Itself and All Others Similarly Situated, ) ) ) | Case No. 3:24-cv-05102-TLT |
| ) | <u>CLASS ACTION</u> |
| Plaintiff, ) ) | NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF PURSUANT TO FED. R. CIV. |
| vs.  ) ) | P. 41(a)(1)(A)(I) |
| EXTREME NETWORKS, INC., et al.,  ) ) | |
| Defendants. ) ) | |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Steamfitters Local 449 Pension & Retirement Security Funds hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Counsel.

DATED: February 19, 2025

ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS


                    s/ Shawn A. Williams
            SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

ROBBINS GELLER RUDMAN
    & DOWD LLP
BRIAN E. COCHRAN
655 W. Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
bcochran@rgrdlaw.com

Attorneys for Plaintiff Steamfitters Local 449
Pension & Retirement Security Funds