Case 3:24-cv-05102-TLT    Document 75-1    Filed 04/15/25    Page 1 of 5

LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Morgan E. Whitworth (Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc.,
Edward B. Meyercord III, Rémi Thomas, Cristina
Tate, Kevin Rhodes, Norman Rice, and Jonas
Brown*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | CASE NO. 3:24-cv-05102-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**<br><br>Hearing: August 12, 2025<br>Time:       2:00 p.m.<br>Location: Courtroom 9—19th Floor<br>Judge: Hon.  Trina L. Thompson |

**[PROPOSED] ORDER**

Defendants Extreme Networks, Inc., ("Extreme"), Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown (together with Extreme and collectively, "Defendants"), have requested that the Court consider the following exhibits attached to the Declaration of Morgan E. Whitworth under the doctrine of incorporation by reference and/or judicial notice under Federal Rule of Evidence 201:

1. **Exhibit 1:** An article by S. Das, et al. entitled "Detection of Channel Stuffing," dated May 2011, which is publicly available at https://care-mendoza.nd.edu/assets/151939/helenzhang.pdf.

2. **Exhibit 2**: Extreme's Q3 2021 Earnings Call Transcript, dated April 28, 2021 and which is available from S&P Global Market Intelligence.

3. **Exhibit 3:** Extreme's Q2 2024 Earnings Call Transcript, dated January 31, 2024 and which is available from S&P Global Market Intelligence.

4. **Exhibit 4:** Extreme's Annual Report on Form 10-K for the period ended June 30, 2021 ("FY 2021"), which was filed with the SEC on August 27, 2021.

5. **Exhibit 5:** Extreme's 2021 Proxy Statement on Schedule 14A, which was filed with the SEC on September 22, 2021.

6. **Exhibit 6**: A press release entitled, "Extreme Networks Reports Third Quarter Fiscal Year 2022 Financial Results," which was filed on Form 8-K with the SEC on April 27, 2022.

7. **Exhibit 7**: Extreme's Q4 2022 Earnings Call Transcript, dated July 27, 2022 and which is available from S&P Global Market Intelligence.

8. **Exhibit 8**: A press release entitled, "Extreme Networks Reports Fiscal Year and Fourth Quarter 2022 Financial Results," which was filed on Form 8-K with the SEC on July 27, 2022.

9. **Exhibit 9**: Extreme's Annual Report on Form 10-K for the period ended June 30, 2022 ("FY 2022"), which was filed with the SEC on August 29, 2022.

10. **Exhibit 10**: A press release entitled, "Extreme Networks Reports First Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on October 27, 2022.

11. **Exhibit 11**: The transcript from the Needham Technology & Media Conference, dated May 17, 2023, which is available from Factset: CallStreet.

12. **Exhibit 12**: Extreme's Q2 2023 Earnings Call Transcript, dated January 25, 2023 and which is available from S&P Global Market Intelligence.

13. **Exhibit 13**: A press release entitled, "Extreme Networks Reports Second Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on January 25, 2023.

14. **Exhibit 14**: Extreme's Q3 2023 Earnings Call Transcript, dated April 26, 2023 and which is available from S&P Global Market Intelligence.

15. **Exhibit 15**: A press release entitled, "Extreme Networks Reports Third Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on April 26, 2023.

16. **Exhibit 16:** A press release entitled, "Extreme Networks Reports Fourth Quarter and Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on August 2, 2023.

17. **Exhibit 17**: Extreme's Annual Report on Form 10-K for the period ended June 30, 2023 ("FY 2023"), which was filed with the SEC on August 24, 2023.

18. **Exhibit 18**: Extreme's Q1 2024 Earnings Call Transcript, dated November 1, 2023 and which is available from S&P Global Market Intelligence.

19. **Exhibit 19:** A press release entitled, "Extreme Networks Reports First Quarter Fiscal Year 2024 Financial Results," which was filed on Form 8-K with the SEC on November 1, 2023.

20. **Exhibit 20**: A CRN article entitled, "Extreme Networks CEO: 'These Are Boon Times for our Channel Partners'," dated November 22, 2023.

21. **Exhibit 21**: A press release entitled, "Extreme Networks Provides Update to Q2 Outlook Announces Earnings Reporting Date," which was filed on Form 8-K with the SEC on January 8, 2024.

22. **Exhibit 22**: A press release entitled, "Extreme Networks Reports Second Quarter Fiscal Year 2024 Financial Results," which was filed on Form 8-K with the SEC on January 31, 2024.

23. **Exhibit 23**: Oppenheimer analyst report issued on January 31, 2024.

24. **Exhibit 24**: UBS Global Research and Evidence Lab analyst report issued on January 31, 2024.

25. **Exhibit 25**: Extreme's Annual Report on Form 10-K for the period ended June 30, 2024 ("FY 2024"), which was filed with the SEC on August 16, 2024.

26. **Exhibit 26**: Extreme's 2024 Proxy Statement on Schedule 14A, which was filed with the SEC on September 27, 2024.

27. **Exhibit 27**: TD Synnex Corporation's Annual Report on Form 10-K for the period ended November 30, 2024, which was filed with the SEC on January 24, 2025.

28. **Exhibit 28**: Extreme's Fourth Quarter Fiscal Year 2022 Financial Results Presentation, dated July 27, 2022, which is publicly available at https://s205.q4cdn.com/756692490/files/doc_presentation/2022/07/FQ4-22-Quarterly-Earnings.pdf.

The Court, having considered Defendants' request, and good cause appearing therefrom, finds that Exhibits 1-28 are subject to judicial notice and/or incorporated by reference, and therefore are properly subject to consideration in connection with the Defendants' Motion to Dismiss Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Oklahoma Police Pension and Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Oakland County Employees' Retirement System (collectively, "Lead Plaintiffs") Amended Consolidated Complaint. Defendants' Request for Judicial Notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____          By: _____

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

4

[PROPOSED] ORDER GRANTING
RJN ISO MOTION TO DISMISS
Case No. 3:24-cv-05102-TLT