BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Abbas Hemani*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>                    Plaintiff,<br>       v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, and KEVIN RHODES,<br><br>                    Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Trina L. Thompson<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on following page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC

NATHAN TURNER, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

          Plaintiff,

    v.

ED MEYERCORD, KEVIN RHODES, CHRISTINA TATE, REMI THOMAS, NORMAN J. RICE, III, JONAS BROWN, INGRID BURTON, CHARLES CARINALLI, KATHLEEN M. HOLMGREN, EDWARD H. KENNEDY, RAJ KHANNA, and JOHN C. SHOEMAKER,

          Defendants,

    and

EXTREME NETWORKS, INC.,

          Nominal Defendant.

Case No. 3:25-cv-02101-AGT

Magistrate Judge Alex G. Tse

---

ABBAS HEMANI, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

          Plaintiff,

    v.

EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, JOHN C. SHOEMAKER, CHARLES CARINALLI, EDWARD H. KENNEDY, KATHLEEN M. HOLMGREN, RAJ KHANNA, INGRID BURTON, and JOSEPH A. VITALONE,

          Defendants,

    and

EXTREME NETWORKS, INC.,

          Nominal Defendant.

Case No. 3:25-cv-02318-JSC

Judge Jacqueline Scott Corley

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Abbas Hemani ("Hemani") in the action *Hemani v. Meyercord, et al.*, Case No. 3:25-cv-02318-JSC (the "*Hemani* Derivative Action") respectfully requests that the Court deem the *Hemani* Derivative Action and *Turner v. Meyercord, et al.*, Case No. 3:25-cv-02101-AGT (the "*Turner* Derivative Action") as related to *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc., et al.*, Case No. 3:24-cv-05102-TLT (the "Securities Class Action"). As discussed below, the criteria for relation are met here. The *Hemani* Derivative Action and the *Turner* Derivative Action (the "Derivative Actions") and the Securities Class Action (with the Derivative Actions, the "Related Actions") concern substantially the same parties, substantially similar factual allegations, and "it appears likely that there will be an unduly burdensome duplication of labor and expense" if these cases are tried separately. Therefore, relation is proper under Civil L.R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc., et al.* | 3:24-cv-05102-TLT | 8/13/2024 |
| *Turner v. Meyercord, et al.* | 3:25-cv-02101-AGT | 2/27/2025 |
| *Hemani v. Meyercord, et al.* | 3:25-cv-02318-JSC | 3/6/2025 |

## LEGAL STANDARD

Civil L.R. 3-12(a) provides that actions are deemed related when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative

Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of Extreme Networks, Inc. ("Extreme" or the "Company"). The Securities Class Action alleges violations of the federal securities laws by Extreme, as well as defendants Edward B. Meyercord III ("Meyercord"), Rémi Thomas ("Thomas"), Cristina Tate ("Tate"), and Kevin Rhodes ("Rhodes"). The Derivative Actions allege that Meyercord, Thomas, Tate, Rhodes and others breached the fiduciary duties they owe to Extreme and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of L.R. 3-12 are met, relation is appropriate. *See In re Leapfrog Enterprises Inc. Sec. Litig.*, No. 5:03-cv-5421-RMW, 2005 U.S. Dist. LEXIS 44899, at *5 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

Plaintiff Hemani respectfully submits that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. For all the foregoing reasons, Plaintiff Hemani respectfully requests the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Action.

Dated:  May 13, 2025

**WOLF HALDENSTEIN ADLER  
  FREEMAN & HERZ LLP**

By: */s/ Alex J. Tramontano*  
ALEX J. TRAMONTANO

Betsy C. Manifold  
Rachele R. Byrd  
Alex J. Tramontano  
750 B Street, Suite 1820  
San Diego, CA 92101  
Telephone: (619) 239-4599

2

Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

**KUEHN LAW, PLLC**
Justin A. Kuehn
Molly Brown
53 Hill Street, Suite 605
Southampton, NY 11968
Telephone: (833) 672-0814
justin@kuehn.law
molly@kuehn.law

*Counsel for Plaintiff Abbas Hemani*

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AGT; 3:25-cv-02318-JSC

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action. I also certify that a copy of this motion, the supporting declaration, together with proof of service pursuant to Civil L.R. 5-5, has been served on all known parties to each apparently related action. A courtesy copy of the motion is lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(d)(7).

*/s/ Alex J. Tramontano*
Alex J. Tramontano

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC