BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Abbas Hemani*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, and KEVIN RHODES,<br><br>Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Trina L. Thompson |

[Caption continued on following page]

---

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC

NATHAN TURNER, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

          Plaintiff,

  v.

ED MEYERCORD, KEVIN RHODES, CHRISTINA TATE, REMI THOMAS, NORMAN J. RICE, III, JONAS BROWN, INGRID BURTON, CHARLES CARINALLI, KATHLEEN M. HOLMGREN, EDWARD H. KENNEDY, RAJ KHANNA, and JOHN C. SHOEMAKER,

          Defendants,

  and

EXTREME NETWORKS, INC.,

          Nominal Defendant.

Case No. 3:25-cv-02101-AJT

Magistrate Judge Alex G. Tse

---

ABBAS HEMANI, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

          Plaintiff,

  v.

EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, JOHN C. SHOEMAKER, CHARLES CARINALLI, EDWARD H. KENNEDY, KATHLEEN M. HOLMGREN, RAJ KHANNA, INGRID BURTON, and JOSEPH A. VITALONE,

          Defendants,

  and

EXTREME NETWORKS, INC.,

          Nominal Defendant.

Case No. 3:25-cv-02318-JSC

Judge Jacqueline Scott Corley

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC

I, Alex J. Tramontano, hereby declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am counsel at Wolf Haldenstein Adler Freeman & Herz LLP and counsel for Plaintiff Abbas Hemani in the above-captioned action *Hemani v. Meyercord, et al.*, Case No. 3:25-cv-02318-JSC (the "*Hemani* Derivative Action").

2.      I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      Co-counsel Justin Kuehn and I have conferred with counsel for Extreme Networks, Inc. ("Extreme") and counsel for Plaintiff Nathan Turner ("Plaintiff Turner") in the action *Turner v. Meyercord, et al.*, Case No. 3:25-cv-02101-AJT (the "*Turner* Derivative Action") regarding this Administration Motion. Plaintiff Turner and Extreme do not oppose the relief sought in the Administrative Motion and agree that the Derivative Actions should be deemed related to each other and to *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc., et al.*, Case No. 3:24-cv-05102-TLT (the "Securities Class Action"). I submit this Declaration in lieu of a stipulation to the same effect.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct. Executed May 13, 2025 at San Diego, California.

/s/ *Alex J. Tramontano*
Alex J. Tramontano

1
DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC