# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,

              Plaintiff,

    v.

EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, and KEVIN RHODES,

              Defendants.

Case No. 3:24-cv-05102-TLT

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Judge Trina L. Thompson

[Caption continued on following page]

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC

NATHAN TURNER, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

Plaintiff,

v.

ED MEYERCORD, KEVIN RHODES, CHRISTINA TATE, REMI THOMAS, NORMAN J. RICE, III, JONAS BROWN, INGRID BURTON, CHARLES CARINALLI, KATHLEEN M. HOLMGREN, EDWARD H. KENNEDY, RAJ KHANNA, and JOHN C. SHOEMAKER,

Defendants,

and

EXTREME NETWORKS, INC.,

Nominal Defendant.

Case No. 3:25-cv-02101-AJT

Magistrate Judge Alex G. Tse

ABBAS HEMANI, Derivatively on behalf of Nominal Defendant EXTREME NETWORKS, INC.,

Plaintiff,

v.

EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, JOHN C. SHOEMAKER, CHARLES CARINALLI, EDWARD H. KENNEDY, KATHLEEN M. HOLMGREN, RAJ KHANNA, INGRID BURTON, and JOSEPH A. VITALONE,

Defendants,

and

EXTREME NETWORKS, INC.,

Nominal Defendant.

Case No. 3:25-cv-02318-JSC

Judge Jacqueline Scott Corley

[PROPOSED] ORDER GRANTING ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 3:24-cv-05102-TLT; 3:25-cv-02101-AJT; 3:25-cv-02318-JSC

Upon consideration of Abbas Hemani's Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Hemani v. Meyercord, et al.*, Case No. 3:25-cv-02318-JSC (the "*Hemani* Derivative Action") and *Turner v. Meyercord, et al.*, Case No. 3:25-cv-02101-AJT (the "*Turner* Derivative Action") (together with the *Hemani* Derivative Action, the "Derivative Actions") shall be deemed related to *Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc., et al.*, Case No. 3:24-cv-05102-TLT (the "Securities Class Action") pursuant to Civil L.R. 3-12.

The Court, HEREBY ORDERS:

1. The Derivative Actions are deemed related to the Securities Class Action.

2. The Derivative Actions are hereby reassigned to Judge Trina L. Thompson.

3. Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conference currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____                    _____

HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

1