**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
David Saldamando (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
dsaldamando@labaton.com
aforgione@labaton.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No.: 3:24-cv-05102-TLT<br><br>**LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>CLASS ACTION<br><br>Date: August 12, 2025<br>Time: 2:00 p.m.<br>Judge: Hon. Trina L. Thompson<br>Courtroom: No. 9, 19th Floor |

Pursuant to Northern District of California Local Rule 7-3(d), Court-appointed Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire"), Oklahoma Police Pension and Retirement System ("Oklahoma Police"), Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA"), and Oakland County Employees' Retirement System ("Oakland County ERS") (collectively, "Lead Plaintiffs"), by and through their undersigned counsel, respectfully submit the attached recent decision: *Sylebra Cap. Partners Master Fund Ltd. v. Everbridge, Inc.*, No. 24-2474, 2025 WL 1938359 (9th Cir. July 15, 2025).

DATED:  July 23, 2025                                    Respectfully submitted,

                                                         **LABATON KELLER SUCHAROW LLP**

                                                         */s/ Lauren A. Ormsbee*
                                                         Lauren A. Ormsbee (*pro hac vice*)
                                                         David Saldamando (*pro hac vice*)
                                                         Alexandra E. Forgione (*pro hac vice*)
                                                         140 Broadway
                                                         New York, NY 10005
                                                         Tel: (212) 907-0700
                                                         Fax: (212) 818-0477
                                                         lormsbee@labaton.com
                                                         dsaldamando@labaton.com
                                                         aforgione@labaton.com

                                                         *Counsel for Lead Plaintiffs and*
                                                         *Lead Counsel for the Class*

                                                         **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                                         Lucas E. Gilmore (Bar No. 250893)
                                                         Reed R. Kathrein (Bar. No. 139304)
                                                         715 Hearst Avenue, Suite 300
                                                         Berkeley, CA 94710
                                                         Tel: (510) 725-3000
                                                         Fax: (510) 725-3001
                                                         lucasg@hbsslaw.com
                                                         reed@hbsslaw.com

                                                         *Liaison Counsel for the Class*

LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION
CASE NO.: 3:24-CV-05102-TLT

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detriot, MI 48201
Tel: (313) 578-1200
Fax: (313) 578-1201
acastle @vmtlaw.com

*Additional Counsel for Oakland County Voluntary Employees' Beneficiary and Oakland County Employees' Retirement System*