# APPENDIX B

*Steamfitters Local 449 Pension & Retirement Security Funds v. Extreme Networks, Inc., et al.*

**No. 3:24-cv-05102-TLT**

**Second Amended Consolidated Complaint for Violations of the Federal Securities Laws**

**September 9, 2025**



# *Steamfitters Local 449 Pension & Retirement Security Funds*

# *v.*

# *Extreme Networks, Inc., et al.*

**September 9, 2025**

## Appendix B to Second Amended Complaint:

## Extreme Networks Securities Fraud Timeline

Class Period: July 27, 2022 – January 30, 2024

1



Case 5:24-cv-00104-TJC-PRL    Document 13    Filed 03/04/25    Page 4 of 9



**KEY FRAUDULENT EVENTS & TRANSACTIONS**

An Extreme partner purchases **1,000 extra access points valued at $500K in exchange for discounts** on future orders, without any indication that the partner's end customer intended to purchase the product. ¶ 226.

**Summer 2022**

**CLASS PERIOD BEGINS: Starting with Extreme's earnings release, which covers performance and operations for the entirety of FY 2022 and Q4 2022.**

**Jul. 27, 2022**

FE-7 conducts "*acid test*" of industry CIOs, who confirm that double- and- triple-ordering and regular cancellation of orders is common industry practice that would be no different for Extreme products. ¶¶ 286–87, 541, 602.

**Summer/Early Fall 2022**

FE-7 learns at meetings abroad that "*important*," $5 Million+ transactions are "*not com[ing] through*." ¶ 297.

**5-7 Weeks Before End Of 1Q2023**

**Jul. 20, 2022**

**FE-1 provides evidence of scheme to CFO Thomas**
- Emails and documents showing channel stuffing.
- Evidence of stock rotation manipulation.

¶¶ 183–85, 498–505.

**Summer/Early Fall 2022**

ELT acknowledges that at least **10% of backlog is expected to be cancelled**; FE-7 expresses concerns to ELT. ¶¶ 15, 281–85, 291, 536–40, 601–03.

**Summer/Early Fall 2022**

FE-7 presents results of "*acid test*" and tells ELT member that Extreme's 10% hedge is "misleading" and it is realistic to assume cancellation of 66% backlog; FE-7 believes ELT member relays to Meyercord. ¶¶ 288–90, 541, 603–06.

## KEY MISREPRESENTATIONS
Made on 10/27/22 & 11/15/22

- "*Demand for cloud-driven networking and for Extreme Solutions has **never been stronger**" – Meyercord

- Backlog Statement: "***Decommits are just…one-offs....they remain at a fraction of 1%*" – Thomas

- Backlog "*gives us a lot of confidence in the revenue growth forecast*" – Meyercord

- "***We're not seeing [decommits]…[t]he number that we've thrown out as a fraction of 1%*" – Meyercord

➡ Backlog Reported: **$555 Million** (PEAK)

➡ Product Revenue Reported: **$206.3 Million**

**Events, Meetings & Transactions**  **Start & End of the Class Period**  **Partial Disclosures & Stock Drops**

3

Case 3:24-cv-05102-TLT   Document 95-2   Filed 06/06/25   Page 6 of 9

## KEY FRAUDULENT EVENTS & TRANSACTIONS

### KEY MISREPRESENTATIONS
(Q2) Made on 01/25/22

- *"We feel confident in end customer demand"* – Meyercord

- *"Demand…remains exceptionally strong"* – Meyercord

- *"We're in the beginning stages of an **accelerated wave of product shipments and revenue growth over multiple quarters**"* – Meyercord

- *"[O]ur confidence in the revenue outlook is supported by our product backlog"* – Tate

Backlog Reported: **$542 Million**

Product Revenue Reported: **$223.4 Million**

### KEY MISREPRESENTATIONS
(Q3) Made on 04/26/23 & 5/17/2023

- *"Although our Q3 bookings typically decline…we in fact grew from Dec., **reflecting strong demand**"* – Meyercord

- *"Now turning to guidance, **we remain confident in the revenue outlook for Q4 as supported by our strong funnel of opportunities, our product backlog**"* – Tate

- *"[The backlog]…**it's not cancelable. These are real projects that we see.** And so I would say the **vast majority of our backlog is related to this kind of end user demand** project-based business and **we don't see double ordering**"* – Tate

Backlog Reported: **$437.5 Million**

Product Revenue Reported: **$241.1 Million**

**Thomas resigns unexpectedly**.
¶¶ 353, 612, 618.

**Jan. 24, 2023**

Extreme's stock drops from $19.31/share on Jan. 24 to $16.50/share on Jan. 25 (-15%).
¶¶ 355, 618.

**Jan. 25, 2023**

**5-7 Weeks Before End Of 2Q2023**

FE-7 learns at meetings abroad that *"important,"* $5 Million+ transactions are *"**not com[ing] through**."*
¶ 297.

**Jan. 25, 2023**

Extreme reports **backlog had fallen** from $555 million to $542 million; shortens timeline for backlog normalization.
¶¶ 354, 618.

**5-7 Weeks Before End Of 3Q2023**

FE-7 learns at meetings abroad that *"important,"* $5 Million+ transactions are *"**not com[ing] through**."*
¶ 297.

 Events, Meetings & Transactions    Start & End of the Class Period     Partial Disclosures & Stock Drops





**KEY FRAUDULENT EVENTS & TRANSACTIONS**

FE-1 describes how he is told that distributors begin refusing to participate in Extreme's channel stuffing scheme.
¶¶ 346–50.

**Start of Q1 2024 / Aug. 2023**

Extreme's stock drops from $27.68/share on Aug. 24 to $25.16/share on Aug. 25 (-9%).
¶¶ 359, 618.

**Aug. 25, 2023**

**Aug. 24, 2023**

Extreme reports that its product backlog **halved between 2022 and 2023** ($267.3 million at Jun. 30, 2023 compared to $513.0 million at Jun. 30, 2022).
¶¶ 458, 557, 618.

**KEY MISREPRESENTATIONS**
Made on 11/01/23 & 11/22/23

- *"We continue to have a healthy customer order backlog with clear visibility to order…."*
  – Meyercord

- *"[W]e still have a fair amount of customer backlog that's out there"*
  – Meyercord

- *"As you know, we put up 19 percent growth [in 1Q2024]. And I think the channel is very healthy because the channel is digesting all this backlog that is being released"* – Meyercord

**Extreme Stops Reporting its Backlog**

Product Revenue Reported: **$253.5 Million**

Events, Meetings & Transactions    Start & End of the Class Period    Partial Disclosures & Stock Drops



# Q2 2024 (Oct. – Dec. 2023): Scheme Continues To Unravel; Extreme Reports Reduced Revenues and Halts Backlog Reporting

## KEY FRAUDULENT EVENTS & TRANSACTIONS

KEY FRAUDULENT EVENTS & TRANSACTIONS

CRO Joe Vitalone resigns; Rice becomes Chief Commercial Officer.
¶¶ 40, 44, 368, 618.

**Jan. 8, 2024**

Meyercord states that Extreme made a *"conscious decision to put channel digestion behind us in the Mar. quarter [i.e., the Q3 2024 quarter]"* and that *"[o]ur distributors and partners have lowered inventory purchases, which we expect to accelerate in the third quarter."*
¶¶ 19, 341, 372–73, 618.

**Jan. 31, 2024**

Extreme's stock drops from $13.51/share on Jan. 30 to $12.59/share on Feb. 2 (-24%).
¶¶ 376, 618.

**Jan. 31 - Feb. 2, 2024**

Extreme reports that its total revenues for 3Q2024 were **$211.0 million, down $85.4 million (29%)** from the prior quarter, and its **product revenues** for 3Q2024 were **$106.4 million, down $80.2 million (43%)** from the prior quarter.
¶¶ 341, 385.

**May 2, 2024**

**Jan. 8, 2024**

Extreme **lowers its Q2 2024 and long-term revenue outlook** to $294 to $297 million (compared to the prior outlook of $312 to $327 million), attributable to Extreme's *"industry headwinds of channel digestion and elongated sales cycles."*
¶¶ 366–67, 618.

**Jan. 31, 2024**

Extreme reports that its total revenues for Q2 2024 were $296.4 million, down $56.7 million (16%) from the prior quarter, and that its **product revenues were only $186.6 million for Q2 2024**, compared to $253.5 million from the prior quarter (a 26% decline). Extreme also provides **downward total revenue guidance** for Q3 2024 of $200 to $210 million.
¶¶ 371, 618.

**Jan. 31, 2024**

**CLASS PERIOD ENDS**

| | Events, Meetings & Transactions | | Start & End of the Class Period | | Partial Disclosures & Stock Drops |

8