UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steamfitters Local 449 Pension & Retirement Security<br><br>        Plaintiff,<br><br>    v.<br>Extreme Networks, Inc.<br><br>        Defendant. | Case No. 24-cv-05102-TLT<br><br>**FINAL REVISED CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>Re: Dkt. No. 96, 97 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. TRIAL DATE:                    June 21, 2027
   No. of Days: 5
   Courtroom 9, 19th Floor
   Jury Trial

2. FINAL PRETRIAL CONFERENCE:     May 20, 2027
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
   Joint Pretrial Statement (including objections, motions in limine and jury instructions): April 27, 2027

3. DISPOSITIVE MOTIONS:           Last day to be heard: March 30, 2027, 2:00 p.m.
   Replies due February 19, 2027
   Oppositions due January 22, 2027
   Last day to *file* dispositive motions: December 11, 2026
   See Civil Local Rules for notice and filing requirements.

4. EXPERT DISCOVERY CUT-OFF:      November 13, 2026

5. EXPERT REPORTS:                Rebuttal Reports by October 16, 2026
   Opening Reports September 18, 2026

United States District Court
Northern District of California

6. <u>FACT DISCOVERY CUT-OFF:</u>    August 31, 2026

7. <u>CLASS CERTIFICATION:</u>    Hearing: July 7, 2026, 2:00 p.m. [in person]
Reply: June 5, 2026
Opposition: May 15, 2026
Motion filed by April 17, 2026

8. <u>DEADLINE TO ANSWER AMENDED COMPLAINT</u>    TBD Pursuant to FRCP 15 (a)(3) and 12(a)(4),  unless otherwise designated by the Court.[1]

9. <u>MOTION TO DISMISS SECOND AMENDED COMPLAINT:</u>    Hearing: March 3, 2026, 2:00 p.m. [in person]
Reply: November 13, 2025
Opposition: October 27, 2025
Motion filed by October 3, 2025

10. <u>FURTHER STATUS CONFERENCES:</u>    September 10, 2026, 2:00 p.m.
March 5, 2026, 2:00 p.m.

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).  All previously set dates remain in full force and effect, except as modified herein.

**JURY TRIAL**

The Court will take cause challenges and discuss hardship claims at side bar.  The Court will inform counsel which hardship claims and cause challenges will be granted but will not announce those dismissals until the selection process is completed.  Peremptory challenges will be made in writing.  The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information.  In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to

---

[1] The Court notes that the defendant is requesting 45 days rather than 14 days to respond.

United States District Court
Northern District of California

United States District Court
Northern District of California

the electronic questionnaire.  The parties will receive the responses prior to the in-court voir dire.

## SCHEDULING ORDER MODIFICATIONS

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause.  Parties may file a formal brief, but a letter brief will suffice.  The requesting party shall serve the opposing party on the same day the motion is filed, and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline.  **The parties may not modify the pretrial schedule by stipulation**.  Once issued, this schedule may be modified only for good cause and with the judge's consent. FRCP 16(b)(4).  A conflict with a court date set after the date of this order does not constitute good cause.  The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.

**IT IS SO ORDERED.**

Dated: September 17, 2025

TRINA L. THOMPSON
United States District Judge

August 13, 2027