LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  *melanie.blunschi@lw.com*
Morgan E. Whitworth (Bar No. 304907)
  *morgan.whitworth@lw.com*
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>    v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, and JONAS BROWN,<br><br>            Defendants. | CASE NO. 3:24-cv-05102-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>Hearing:   March 3, 2026<br>Time:       2:00 p.m.<br>Location:  Courtroom 9 - 19th Floor<br>Judge:     Hon. Trina L. Thompson |

# [PROPOSED] ORDER

Defendants Extreme Networks, Inc. ("Extreme"), Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown (collectively with Extreme, "Defendants"), have requested that the Court consider the following exhibits attached to the Declaration of Morgan E. Whitworth under the doctrine of incorporation by reference and/or judicial notice under Federal Rule of Evidence 201:

1. **Exhibit 1:** Extreme's April 28, 2021 earnings call transcript related to financial results for the third fiscal quarter of 2021, which ended on March 31, 2021, and which is available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com/.
2. **Exhibit 2**: Extreme's Annual Report on Form 10-K for the fiscal year ended June 30, 2021, which was filed with the SEC on August 27, 2021 and is publicly available at www.sec.gov.
3. **Exhibit 3**: A press release entitled, "Extreme Networks Reports Third Quarter Fiscal Year 2022 Financial Results," which was filed on Form 8-K with the SEC on April 27, 2022 and is publicly available at www.sec.gov.
4. **Exhibit 4**: Extreme's July 27, 2022 earnings call transcript related to financial results for the fourth fiscal quarter of 2022, which ended on June 30, 2022, and which is available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com/.
5. **Exhibit 5**: A press release entitled, "Extreme Networks Reports Fiscal Year and Fourth Quarter 2022 Financial Results," which was filed on Form 8-K with the SEC on July 27, 2022 and is publicly available at www.sec.gov.
6. **Exhibit 6**: Extreme's Annual Report on Form 10-K for the fiscal year ended June 30, 2022, which was filed with the SEC on August 29, 2022 and is publicly available at www.sec.gov.
7. **Exhibit 7**: A press release entitled, "Extreme Networks Reports First Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on October 27, 2022 and is publicly available at www.sec.gov.
8. **Exhibit 8**: A transcript from the May 17, 2023 Needham Technology & Media Conference, which is available from Factset: CallStreet at www.callstreet.com.
9. **Exhibit 9**: Extreme's January 25, 2023 earnings call transcript related to financial results for the second fiscal quarter of 2023, which ended on December 31, 2022, and which is available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com/.
10. **Exhibit 10**: A press release entitled, "Extreme Networks Reports Second Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on January 25, 2023 and is publicly available at www.sec.gov.
11. **Exhibit 11**: Extreme's April 26, 2023 earnings call transcript related to financial results for the third fiscal quarter of 2023, which ended on March 31, 2023, and which is available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com/.
12. **Exhibit 12**: A press release entitled, "Extreme Networks Reports Third Quarter Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on April 26, 2023 and is publicly available at www.sec.gov.
13. **Exhibit 13**: A press release entitled, "Extreme Networks Reports Fourth Quarter and Fiscal Year 2023 Financial Results," which was filed on Form 8-K with the SEC on August 2,

2023 and is publicly available at www.sec.gov.

14. **Exhibit 14**: Extreme's Annual Report on Form 10-K for the fiscal year ended June 30, 2023, which was filed with the SEC on August 24, 2023 and is publicly available at www.sec.gov.

15. **Exhibit 15**: Extreme's November 1, 2023 earnings call transcript related to financial results for the first fiscal quarter of 2024, which ended on September 30, 2023, and which is available from S&P Global Market Intelligence at https://marketintelligence.spglobal.com/.

16. **Exhibit 16**: A press release entitled, "Extreme Networks Reports First Quarter Fiscal Year 2024 Financial Results," which was filed on Form 8-K with the SEC on November 1, 2023 and is publicly available at www.sec.gov.

17. **Exhibit 17**: A CRN article entitled, "Extreme Networks CEO: 'These Are Boon Times for our Channel Partners,'" dated November 22, 2023 and publicly available at https://www.crn.com/news/networking/extreme-networks-ceo-these-are-boon-times-for-our-channel-partners.

18. **Exhibit 18**: A press release entitled, "Extreme Networks Provides Update to Q2 Outlook Announces Earnings Reporting Date," which was filed on Form 8-K with the SEC on January 8, 2024 and is publicly available at www.sec.gov.

19. **Exhibit 19**: A press release entitled, "Extreme Networks Reports Second Quarter Fiscal Year 2024 Financial Results," which was filed on Form 8-K with the SEC on January 31, 2024 and is publicly available at www.sec.gov.

20. **Exhibit 20**: Extreme's Annual Report on Form 10-K for the fiscal year ended June 30, 2024, which was filed with the SEC on August 16, 2024 and is publicly available at www.sec.gov.

21. **Exhibit 21**: Extreme's July 27, 2022 presentation regarding financial results for the fourth quarter of fiscal year 2022, which ended on June 30, 2022 and which is publicly available at https://investor.extremenetworks.com/events-and-presentations/default.aspx.

The Court, having considered Defendants' request, and good cause appearing therefrom, finds that Exhibits 1-21 are subject to judicial notice and/or incorporated by reference, and therefore are properly considered in connection with the Defendants' Motion to Dismiss Lead Plaintiffs' Second Amended Consolidated Complaint. Defendants' Request for Judicial Notice is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____        By: _____

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE