**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
dsaldamando@labaton.com
dlazarus@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

STEAMFITTERS LOCAL 449 PENSION &
RETIREMENT SECURITY FUNDS, on
Behalf of Itself and All Others Similarly
Situated,

Plaintiffs,

v.

EXTREME NETWORKS, INC., EDWARD
B. MEYERCORD III, RÉMI THOMAS,
CRISTINA TATE, KEVIN RHODES,
NORMAN RICE, JONAS BROWN

Defendants.

Case No.: 3:24-cv-05102-TLT

**DECLARATION OF LAUREN A.
ORMSBEE IN SUPPORT OF LEAD
PLAINTIFFS' OPPOSITION TO
DEFENDANTS' MOTION TO
DISMISS THE SECOND AMENDED
COMPLAINT**

CLASS ACTION

Date:    March 3, 2026
Time    2:00 p.m.
Judge:   Hon. Trina L. Thompson
Courtroom:    No. 9, 19th Floor

I, Lauren A. Ormsbee, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice *pro hac vice* before this Court in the Northern District of California. I am a Partner at the law firm of Labaton Keller Sucharow LLP, the Court-appointed Lead Counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System, Oklahoma Police Pension and Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Oakland County Employees' Retirement System (collectively, "Lead Plaintiffs") and the proposed Class. I respectfully submit this declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint ("Opposition").

2.      Attached hereto as Exhibit A is a chart that is identical to the Second Amended Complaint's "Appendix A: Chart of Defendants' False and Misleading Statements and Omissions" (ECF No. 95-1) but with an added column identifying Defendants' challenges to the misstatements from Defendants' Motion to Dismiss Lead Plaintiffs' SAC (ECF No. 104) and page number references where Defendants' challenges are addressed in Lead Plaintiffs' Opposition. Also included in Exhibit A is a table providing an index of the challenges made by Defendants to each misstatement.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of November 2025 in New York, NY.

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee

1