# Exhibit A

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

The following chart is identical to the Second Amended Complaint's "Appendix A: Chart of Defendants' False and Misleading Statements and Omissions" (ECF No. 95-1) but with an added column identifying Defendants' arguments challenging those statements and omissions (with citations to the MTD) and Plaintiffs' responses to those arguments (with citations to the Opposition brief.).The following table provides an index of the challenges made by Defendants to each False and Misleading Statements and Omissions:

| Challenge | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not False & Misleading (Growth & Demand) | X | X | X | X | X | X |  | X | X | X | X | X | X | X | X | X | X | X | X |  |  | X |  |  |  | X | X |
| Inactionable Puffery (Growth & Demand) | X | X | X | X | X | X |  | X | X |  | X | X |  |  | X | X | X | X | X |  |  |  |  |  |  |  | X |
| Safe Harbor Protection (Growth & Demand) | X |  | X |  | X |  |  | X | X |  |  |  |  |  | X | X |  |  | X | X |  |  | X |  |  |  | X |
| Not False & Misleading (Backlog) |  | X |  |  | X | X | X | X | X | X |  |  |  |  | X |  | X | X | X | X | X |  | X | X | X |  | X |
| Safe Harbor Protection (Backlog) |  |  |  |  |  | X | X |  | X | X |  |  |  |  | X | X |  |  | X | X |  |  | X | X |  |  | X |
| Inactionable Opinion (Backlog) |  |  |  |  |  | X | X |  | X | X |  |  | X |  |  | X |  |  | X |  |  |  | X | X |  |  | X |
| Inactionable SOX Certification |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  |  |  |  |  |  | X |  |  |  |  |  |

| Challenge | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Not False & Misleading (Growth & Demand) | X | X | X |  | X | X | X | X | X | X |  |  | X |  | X | X |  | X | X |  | X | X |  | X |  | X |  |
| Inactionable Puffery (Growth & Demand) | X | X |  |  | X |  |  |  |  | X |  |  |  |  | X |  |  | X | X |  | X |  |  | X |  |  |  |
| Safe Harbor Protection (Growth & Demand) |  | X | X | X |  |  | X | X |  | X | X |  | X |  |  |  | X |  | X |  | X |  |  |  |  |  |  |
| Not False & Misleading (Backlog) | X |  | X | X |  |  | X | X |  |  | X | X | X | X |  |  | X |  | X | X |  |  | X |  | X |  | X |
| Safe Harbor Protection (Backlog) |  | X |  | X |  |  | X | X | X | X | X |  | X |  |  |  | X |  | X | X | X |  |  |  |  |  |  |
| Inactionable Opinion (Backlog) |  |  |  |  | X |  | X |  |  | X | X |  |  |  | X | X |  |  | X | X | X | X |  |  |  |  | X |
| Inactionable SOX Certification |  |  |  |  | X |  |  |  | X |  |  |  |  |  |  |  |  |  |  |  |  | X |  |  |  | X |  |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 1. | ¶389 | July 27, 2022 - 4Q2022 Earnings Press Release | Company Press Release | The Company issued a press release entitled "Extreme Networks Reports Fiscal Year and Fourth Quarter 2022 Financial Results," and was subtitled "***Record Bookings and Double-Digit Revenue Growth in FY22 Reiterates FY23 Revenue Growth of 10-15%.***" In the press release, Extreme reported ***4Q2022 revenues of $278.2 million, $187.1 million of which was attributable to product revenues, and FY2022 revenues of $1.1 billion, $761.7 million of which was attributable to product revenue.*** | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10<br><br><u>Safe Harbor Protection (Growth & Demand):</u><br>• MTD at 13-14<br>• Opp. at 10-12 |
| 2. | ¶391 | July 27, 2022 - 4Q2022 Earnings Press Release | Meyercord | "***For FY22 we achieved double-digit growth in both bookings and revenue due to strong demand*** for our differentiated enterprise networking and 5G infrastructure solutions. Bookings grew 24%, revenue exceeded ***$1.1 billion*** for the first time, and we exited the year with a record product backlog of ***$513 million***..." stated Ed Meyercord, President and CEO of Extreme. | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10<br><br><u>Not False & Misleading (Backlog):</u><br>• MTD at 14-17<br>• Opp. at 12-14 |
| 3. | ¶391 | July 27, 2022 - 4Q2022 Earnings Press Release | Meyercord | "***Our teams continue to see unabated market demand***, as networking projects remain a priority for our global customers…" concluded Meyercord. | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12 |

---

[1] Many of these statements are addressed in multiple locations within the Second Amended Complaint.  The reference in this column is to the paragraph where the false and misleading statement is listed in full in Section VII of the Second Amended Complaint (MATERIALLY FALSE AND MISLEADING STATEMENTS AND OMISSIONS).

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | | • Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10<br><br>Safe Harbor Protection (Growth & Demand):<br><br>• MTD at 13-14<br>• Opp. at 10-12 |
| 4. | ¶391 | July 27, 2022 - 4Q2022 Earnings Press Release | Thomas | Extreme's Chief Financial Officer Remi Thomas, added, "***After another quarter of solid execution, we achieved double-digit growth for the year and improved operating margins, even in the current supply chain environment***." | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10 |
| 5. | ¶393 | July 27, 2022 - 4Q2022 Investor Presentation | Company Presentation | On July 27, 2022, Defendants published their 4Q2022 Financial Results Investor Presentation, which included a slide stating "***Double-Digit Growth Fueled by Strong Demand and Execution***," "***Continued Strong Growth***," and "***Record Fiscal Year Revenue on 10% Y/Y Revenue Growth***," as well as a slide titled "***Driving Growth***" indicating that "Product Backlog" of ***$513 million*** was a key driver of that "***Growth***." | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10<br><br>Not False & Misleading (Backlog):<br><br>• MTD at 14-17<br>• Opp. at 12-14 |

3

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 6. | ¶395 | July 27, 2022 - 4Q2022 Earnings Call | Meyercord | "***Our results for fiscal '22 highlight unprecedented demand for Extreme's solutions*** and a very vibrant and healthy market for networking. We reported record bookings growth of 24%, which is a clear indication that we're taking share and winning in the market. And our forward-looking funnel for fiscal '23 is up double digits year over year. This is a leading indicator of future bookings growth. The differentiation of our fabric and cloud solutions for enterprise customers and our targeted solutions for very large service provider customers, ***combined with the high performance of our global sales and channel teams gives us the confidence in our outlook for continued growth and demand***. Our technology solutions are critical to infrastructure initiatives underpinning digital transformation for all of our customers around the world. We believe these important projects will continue to remain a priority, irrespective of a changing macroeconomic environment. ***For the year, our double-digit revenue growth led to an all-time high revenue of $1.1 billion, yet it was understated by the $400 million of incremental backlog we built during the year***. Our total Q4 ending backlog was $513 million, thanks to the current supply chain environment." | Not False & Misleading (Growth & Demand): <br><br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Inactionable Puffery (Growth & Demand): <br><br>• MTD at 12-13 <br>• Opp. at 10 <br><br>Safe Harbor Protection (Growth & Demand): <br><br>• MTD at 13-14 <br>• Opp. at 10-12 <br><br>Not False & Misleading (Backlog): <br><br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br><br>• MTD at 17-18 <br>• Opp. at 14-16 <br><br>Inactionable Opinion (Backlog): <br><br>• MTD at 18-19 <br>• Opp. at 16-17 |
| 7. | ¶395[2] | July 27, 2022 - 4Q2022 Earnings Call | Meyercord | "As we noted during our Investor Day in May, we expect to continue to build backlog for the next several quarters, given our outlook for continued bookings growth and the gradual recovery in supply chain. For the guidance we provided, we expect sequential improvements in our ability to deliver product to customers throughout fiscal '23. ***Based on the lead times and commitments,*** | Not False & Misleading (Backlog): <br><br>• MTD at 14-17 <br>• Opp. at 12-14 |

---

[2] This statement was in the original Amended Complaint in multiple paragraphs, but was inadvertently not included in the False and Misleading Statements section, which is now corrected.

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | *we expect backlog will begin to shrink by Q4 of fiscal '23. We have complete visibility into our product backlog and have received negligible cancellations to date of less than 1% of bookings*." | Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br>• MTD at 18-19<br>• Opp. at 16-17 |
| 8. | ¶396 | July 27, 2022 - 4Q2022 Earnings Call | Thomas | "As Ed [Meyercord] described, *we had solid execution in fiscal '22 with record bookings and backlog generation, double-digit revenue growth, and overall improving margins, in spite of the supply chain environment. Strong demand for our portfolio of products, services, and subscription drove year over year* bookings growth of 24% in fiscal '22 and 8% in Q4. With a product book-to-bill ratio of 1.29 for the year and 1.23 for the quarter, we exited the year with $513 million in backlog, up more than $400 million year over year and close to $90 million sequentially. *That's nearly 3 full quarters of product revenue*." | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br>• MTD at 12-13<br>• Opp. at 10<br><br>Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 12-14 |
| 9. | ¶399 | July 27, 2022 - 4Q2022 Earnings Call | Meyercord | **Analyst Question**: "Wanted to get a better handle on the bookings in 4Q and the outlook commentary going into the first half of fiscal '23. It sounds like, clearly, you expect to stay supply constrained true most of the fiscal year. But do you, A, see any improvement in supply in your expectations in the first half of the year? And then second, what's going on in that pipeline as you're looking at that first half outlook. And particularly, if you look at the bookings numbers in the fourth quarter, how did that play on geography, and how do you think that looks going into the upcoming quarter, particularly in EMEA." | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br>• MTD at 12-13<br>• Opp. at 10<br><br>Safe Harbor Protection (Growth & Demand):<br>• MTD at 13-14 |

5

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | **Meyercord**: "[Y]ou're rightfully pointing out kind of this—how we're looking at bookings, which is really our measure of true demand, and then versus revenue, and ***our revenue outlook is really a function of supply chain and product that we are able to release, given the massive backlog that we've built up and the continued strength of bookings***. So I'll just start off with supply chain. You've asked about that. What we see is a gradual improvement throughout the year. So think of a step function where we will be stepping our revenue, quarter by quarter, throughout the year, based on our outlook of supply chain. . . . So our teams, as I mentioned in my comments, are more confident today than they have been in our ability to step function our supply of product to our customers' partners. So what does that mean? That is how we built the revenue forecast for fiscal '23, which is that step function, with sharper improvement in the second half of the fiscal. ***As it relates to demand, our demand has been strong, as we talked about it for the year, 24% for us***. ***That's record-breaking performance***." | • Opp. at 10-12<br><br>Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br>• MTD at 18-19<br>• Opp. at 16-17 |
| 10. | ¶402 | July 27, 2022 - Letter to Shareholders | Meyercord | "We are pleased to report record results, unprecedented economic growth and continued business momentum at Extreme as we closed fiscal 2022. . . .Revenue exceeded $1.1 billion for the first time in Extreme's history ***despite unprecedented supply chain constraints. And we exited the year with a record $513 million in product backlog, up 5x from last year, setting the stage for accelerated growth over the next several years***. The continued strength of bookings demand, the re-leveling of our book-to-bill ratio and the ***high quality of our order backlog gives us greater visibility into the next several years and increased confidence of the returns*** from our investments in new products, people, and innovations." | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Safe Harbor Protection (Growth & Demand):<br>• MTD at 13-14<br>• Opp. at 10-12<br><br>Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18 |

6

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | | • Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |
| 11. | ¶404 | August 2, 2022 - CRN Magazine Interview | Meyercord | Article titled "Extreme Networks CEO: Beating Cisco an 'Exclamation Mark' on Fiscal Year 2022." One of the questions asked was: "[h]ow does Extreme's most recent fiscal quarter highlight how you're winning against the competition?" Defendant Meyercord responded:<br><br>"I can tell you that ***growth is spread across all of our geos*** when we look at the strength and performance in the Americas [sic], in EMEA, in Asia-Pacific. When we look at overall industry vertical growth, our solutions have been very successful across the board, across our verticals, ***so, it's just this very evenly spread, organic growth that we're experiencing at Extreme. It means that we're taking share***." | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10 |
| 12. | ¶406 | August 29, 2022 - FY2022 Form 10-K | Company Filing<br><br>(signed by Meyercord & Thomas) | On August 29, 2022, Extreme filed with the SEC its Form 10-K for FY2022 (fiscal year ended June 30, 2022), which was signed by Defendants Meyercord and Thomas, who also certified as to the report's accuracy and completeness. The Form 10-K stated the following:<br><br>***Product revenues increased $62.3 million or 8.9% for the year ended June 30, 2022, compared to fiscal 2021. The product revenues increase for the year ended June 30, 2022 as compared to fiscal 2021 was primarily due to strong demand for our products*** partially offset by supply chain constraints which impacted our ability to fulfill the demand for our products during fiscal 2022. | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 13. | ¶408-09 | August 29, 2022 - FY2022 Form 10-K | Company Filing (signed by Meyercord & Thomas) | Total revenues of *$1.1 billion* and product revenues of *$761.7 million, as well as product backlog of $513 million*.<br><br>SOX certifications attesting to accuracy of financial reporting:<br><br>Extreme's 2022 Form 10-K also contained signed certifications by Defendants Meyercord and Thomas pursuant to Section 302 of the Sarbanes Oxley Act of 2022 ("SOX"). These SOX certifications attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.<br><br>In particular, Defendants Meyercord and Thomas certified in their official capacities that "*[t]he information contained in the Report fairly presents, in all material respects, the financial conditions and results of operations of the Company*." | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 12-14<br><br>Inactionable SOX Certification:<br><br>• MTD at 19<br>• Opp. at 17 n.11 |
| 14. | ¶410 | October 27, 2022 - 1Q2023 Earnings Press Release | Company Press Release | On October 27, 2022, the Company issued a press release entitled "Extreme Networks Reports First Quarter Fiscal Year 2023 Financial Results," and was subtitled "Reiterates FY23 Revenue Growth Outlook of 10-15%." In the press release, Extreme reported *1Q2023 revenues of "$297.7 million*, up 11% year-over-year, and up 7% quarter-over-quarter," *with product revenues totaling $206.3 million,* also up 11% year-over-year. | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10 |
| 15. | ¶412 | October 27, 2022 - 1Q2023 Earnings Press Release | Meyercord | "*We delivered record quarterly revenue of $297.7 million*, and SaaS ARR of $111 million. Our customers view networking as a strategic asset, and they choose Extreme because we are the best choice to drive operational efficiencies and create better outcomes for their end users. *This is evidenced by this quarter's impressive double-digit revenue growth, record revenue, and continued growth of backlog, which now sits at $555 million*," said Ed Meyercord, President and CEO of Extreme. | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | "Extreme continues to take share in a thriving and competitive market. The flexibility and intelligence of our products like Extreme Fabric, ExtremeCloud IQ, and innovative capabilities such as Digital Twin and AIOps, are gamechangers. We make it simple to deploy and manage networks, which transforms the way our customers drive their businesses. ***The combination of our continued revenue growth and record backlog gives us even greater confidence in our long-term growth outlook***," concluded Meyercord. | Safe Harbor Protection (Growth & Demand): <br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Not False & Misleading (Backlog): <br> • MTD at 14-17 <br> • Opp. at 12-14 <br><br> Safe Harbor Protection (Backlog): <br> • MTD at 17-18 <br> • Opp. at 14-16 |
| 16. | ¶412 | October 27, 2022 - 1Q2023 Earnings Press Release | Thomas | Extreme's Chief Financial Officer Remi Thomas added, "In addition to our strong topline results, both gross and operating margins improved sequentially. Our subscription business revenue grew approximately 40% year-over-year driven by the adoption of our cloud solutions. Given another quarter of strong free cash flow, we retired $37 million of our debt, which will be accretive to earnings." <br><br> "***As we look at the remainder of FY23, the continued improvement in the supply chain environment gives us further confidence in our topline growth outlook of 10-15%.*** We expect to cross the 60% gross margin threshold and achieve an operating margin in the mid-teens in the second half of our fiscal year," concluded Thomas. | Not False & Misleading (Growth & Demand): <br> • MTD at 7-12 <br> • Opp. at 4-10 <br><br> Inactionable Puffery (Growth & Demand): <br> • MTD at 12-13 <br> • Opp. at 10 <br><br> Safe Harbor Protection (Growth & Demand): <br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Safe Harbor Protection (Backlog): <br> • MTD at 17-18 <br> • Opp. at 14-16 <br><br> Inactionable Opinion (Backlog): <br> • MTD at 18-19 <br> • Opp. at 16-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 17. | ¶413 | October 27, 2022 - 1Q2023 Investor Presentation | Company Presentation | Similarly, on October 27, 2022, Defendants also published their 1Q2023 Financial Results Investor Presentation, which included a slide stating "***Double-Digit Growth Fueled by Strong Demand and Execution***," "***Continued Strong Growth***," and "***Record Revenue on 11% Y/Y Revenue Growth***," as well as a slide titled "***Driving Growth***" indicating that "Product Backlog" of ***$555 million*** was a key driver of that "***Growth***." | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10<br><br><u>Not False & Misleading (Backlog):</u><br>• MTD at 14-17<br>• Opp. at 12-14 |
| 18. | ¶416 | October 27, 2022 - 1Q2023 Earnings Call | Meyercord | "***We had a record quarter as demand for cloud-driven networking and for Extreme Solutions has never been stronger. Again, our share gains are evident by double-digit revenue growth, record revenue and continued growth of backlog, which now sits at $555 million***." | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10<br><br><u>Not False & Misleading (Backlog):</u><br>• MTD at 14-17<br>• Opp. at 12-14 |
| 19. | ¶416 | October 27, 2022 - 1Q2023 Earnings Call | Meyercord | "***On the supply chain side, we continue to be laser-focused on tactical execution to meet our customers' needs. Our distributors give us the highest rank in the networking industry for delivering on our commit dates***, ***and this is driving demand*** and has become a source of new customer logos and partners for Extreme. This quarter alone, we qualified an additional 50 component suppliers and reduced our part shortages. Our success in reengineering | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | products has also helped ease constraints. Based on all the actions we've taken with our supply chain over the past year, we now have better visibility and confidence in the ramp of our product deliveries. With a strong outlook for bookings growth and the gradual improvement in supply, we expect to build backlog through the end of the fiscal year. We anticipate neutral book-to-bill or release of backlog in our fiscal Q1 of '24. ***Once backlog begins to release, it will unlock an accelerated wave of product shipments and revenue growth over multiple quarters. We have complete visibility into our product backlog, the vast majority of which is comprised of orders with current delivery request dates***." | Safe Harbor Protection (Growth & Demand): <br><br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Not False & Misleading (Backlog): <br><br> • MTD at 14-17 <br> • Opp. at 12-14 <br><br> Safe Harbor Protection (Backlog): <br><br> • MTD at 17-18 <br> • Opp. at 14-16 |
| 20. | ¶419 | October 27, 2022 - 1Q2023 Earnings Call | Thomas | "Now turning to guidance. ***Our confidence in our outlook is further solidified by $555 million worth of product backlog exiting Q1***. For Q2, we expect revenue to be in the range of $299 million to $309 million. . . .***So for the year, we expect 10% to 15% revenue growth***." | Safe Harbor Protection (Growth & Demand): <br><br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Not False & Misleading (Backlog): <br><br> • MTD at 14-17 <br> • Opp. at 12-14 <br><br> Safe Harbor Protection (Backlog): <br><br> • MTD at 17-18 <br> • Opp. at 14-16 <br><br> Inactionable Opinion (Backlog): <br><br> • MTD at 18-19 <br> • Opp. at 16-17 |
| 21. | ¶421 | October 27, 2022 - 1Q2023 Earnings Call | Thomas | In the same Earnings Call, analysts asked Defendants about "decommits"—*i.e.*, cancellations by customers—and one analyst asked: "[t]he other question I had is on the decommits comments | Not False & Misleading (Backlog): <br><br> • MTD at 14-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | you made, it sounded liked decommits are declining, but still happening. Is that accurate? Or have the decommits basically stopped at this point?" Defendant Thomas responded: <br><br> "Alex, decommits are just -- it would be a normal part of the business. ***These are one-offs***. And I can tell you right now because of our scrutiny around this, each and every decommit, to the extent there is one, gets a lot of scrutiny from us. And there's no consistency around it. So the example I might give would be a government agency that has budget. They can't get supply by the end of the year, it's use it or lose it. So they want to reprioritize another spend. ***So they might cancel an order or and maybe that comes into the budget for the following year based on that dynamic. But these are things that are not really supply chain. I guess you could say that supply chain related, but these are more one-offs. And so we're not really seeing a change in the one-offs, and they remain at a fraction of 1%***." | • Opp. at 12-14 |
| 22. | ¶423 | October 28, 2022 - 1Q2023 Form 10-Q | Company Filing <br><br> (signed by Meyercord & Thomas) | On October 28, 2022, Extreme filed with the SEC its 2023 First Quarter Form 10-Q for the quarterly period ended September 30, 2022 ("1Q2023"), which contained signed certifications by Defendants Meyercord and Thomas pursuant to Section 302 of SOX. <br><br> These SOX certifications again attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. <br><br> The 1Q2023 Form 10-Q stated total revenues of ***$297.7 million*** and product revenues of ***$206.3*** million for the quarter. | <u>Not False & Misleading (Growth & Demand):</u> <br><br> • MTD at 7-12 <br> • Opp. at 4-10 <br><br> <u>Inactionable SOX Certification:</u> <br><br> • MTD at 19 <br> • Opp. at 17 n.11 |
| 23. | ¶425 | November 15, 2022 - Needham | Meyercord | **Analyst Question**: "And congratulations on unbelievable year that you've been having. So, that's a superb performance in a very | <u>Safe Harbor Protection (Growth & Demand):</u> <br><br> • MTD at 13-14 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | Virtual Conference | | challenging environment. So, maybe you could just start-off with a little bit of a background on how you got to where you are from being a $75 million a quarter company 10 years ago that hadn't had any growth for a decade to a company with the kind of robust results you've been prowessed in?"<br><br>**Meyercord**: ". . . *And as you and I've discussed, we built up quite a bit of backlog because of the supply chain scenario, but it's all very high quality and we are very confident in the backlog. And so in a way, it just gives us a lot of confidence in the revenue growth forecast that we've got into the future and for the next couple of years. So, we are in a different place and we're going to continue to build on this. We've got a great team and yeah, we're hitting on all cylinders right now*." | • Opp. at 10-12<br><br>Not False & Misleading (Backlog):<br><br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br><br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |
| 24. | ¶426 | November 15, 2022 - Needham Virtual Conference | Meyercord | **Analyst Question**: "So just to put that into some context, there [has] obviously been very nice growth over the FY 2022 timeframe. You produced, I think it was 10% top line growth, a nice acceleration from the 6.5%. But that growth rate is understating it by a lot.<br><br>As you pointed out, the order growth rate was way above that there. You've now built up a big backlog. So, you know, if I look at the backlog today, it's running at what 62% of four quarter, you know, product sales. That should give you significant insulation if we go through an economic cycle. So, can you talk about how you see that progressing. [S]urprisingly, it made some pretty positive comments about the backlog staying pretty much where it is through the June fiscal year end quarter."<br><br>**Meyercord**: "*We're not seeing [decommits], we're not seeing de-books. The number that* we've *thrown out as a fraction of 1% and we would attribute that more than normal course of* | Not False & Misleading (Backlog):<br><br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br><br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |

13

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | *business kind of thing. So, yeah to your point, we're feeling a lot of confidence in the backlog number we have.*" | |
| **25.** | ¶428 | November 15, 2022 - Needham Virtual Conference | Meyercord | **Analyst Question**: "So, let's talk a little bit about the mechanics of what would happen should the supply chain improve, given the parameters that you just described. You're looking at a pretty good growth rate in the fiscal year. But if I were to look out and say, okay, if I were to get modestly more availability instead of the growth rate of, say, 12% in revenues in that timeframe. Could it be 15% to 20% and dig into that backlog a little sooner and we have a lot of leverage?"<br><br>**Meyercord**: "Absolutely. We haven't made the call yet for – a revised call yet in terms of supply chain and the implication for that in terms of unlocking backlog. But the answer is, yes. It absolutely could be. And as you know, as we see that, we also have some interesting investment opportunities that we're looking at to drive bookings growth. There's operating leverage in the model, Alex, what as you know, gets us excited as we look at this, because I say it kind of tongue in cheek, ***but we've been underreporting our earnings, because we haven't been showing our revenue, because we've been putting in backlog***. Meanwhile, we've been paying for it." | <u>Not False & Misleading (Backlog):</u><br><br>• MTD at 14-17<br>• Opp. at 12-14 |
| **26.** | ¶430 | January 25, 2023 - 2Q2023 Earnings Press Release | Company Press Release | On January 25, 2023, Extreme issued a press release entitled "Extreme Networks Reports Second Quarter Fiscal Year 2023 Financial Results," and was subtitled "Delivers Consistent Double-Digit Growth and Raises FY23 Revenue Outlook." In the press release, Extreme reported total revenues for the quarter of ***"$318.3 million,*** up 13% year-over-year, and up 7% quarter-over-quarter, with product revenues of ***$223.4 million***, up 17% year-over-year. These revenue figures were repeated in Extreme's 2Q2023 Form 10-Q. | <u>Not False & Misleading (Growth & Demand):</u><br><br>• MTD at 7-12<br>• Opp. at 4-10 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 27. | ¶432 | January 25, 2023 - 2Q2023 Earnings Press Release | Meyercord | President and CEO Ed Meyercord stated: "Extreme delivered another quarter of great results. ***The continued strength of subscription and accelerated product deliveries drove another quarter of double-digit year-over-year revenue growth. We are raising our FY23 revenue growth outlook to the high-end of our 10-15% range and expect this momentum to continue into FY24, as the supply chain environment continues to improve***.<br><br>***We feel confident in end customer demand***. The majority of our bookings are with government, education, and healthcare sectors, where spending is more resilient. Our enhanced fabric and cloud subscription offerings are gaining traction in the marketplace. Finally, ***we have good visibility for the second half of the year based on the strength of our sales funnel***," continued Meyercord. | Not False & Misleading (Growth & Demand): <br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Inactionable Puffery (Growth & Demand): <br>• MTD at 12-13 <br>• Opp. at 10 <br><br>Safe Harbor Protection (Growth & Demand): <br>• MTD at 13-14 <br>• Opp. at 10-12 <br><br>Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br>• MTD at 17-18 <br>• Opp. at 14-16 <br><br>Inactionable Opinion (Backlog): <br>• MTD at 18-19 <br>• Opp. at 16-17 |
| 28. | ¶434 | January 25, 2023 - 2Q2023 Investor Presentation | Company Presentation | On January 25, 2023, Defendants published their 2Q2023 Financial Results Investor Presentation, which included a slide stating "***Continued Double-Digit Y/Y Revenue Growth***," "***Continued Strong Growth***," and "***Record Revenue on 13% Y/Y Revenue Growth***," as well as a slide titled "***Driving Growth***" indicating that Product Backlog of ***$542 million*** was a key driver of that "***Growth***." | Not False & Misleading (Growth & Demand): <br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Inactionable Puffery (Growth & Demand): <br>• MTD at 12-13 <br>• Opp. at 10 |

15

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | | Not False & Misleading (Backlog): <br> • MTD at 14-17 <br> • Opp. at 12-14 |
| 29. | ¶437 | January 25, 2023 - 2Q2023 Earnings Call | Meyercord | "*We had another record quarter, as demand for cloud-driven networking and for Extreme Solutions remains exceptionally strong with good visibility through fiscal year end '23, leading us to raise our full year revenue outlook to the high end of our range.* <br><br> Our share gains are evident by a second consecutive quarter of double-digit revenue growth, 17% growth in product revenue, record free cash flow and a sizable backlog." | Not False & Misleading (Growth & Demand): <br> • MTD at 7-12 <br> • Opp. at 4-10 <br><br> Inactionable Puffery (Growth & Demand): <br> • MTD at 12-13 <br> • Opp. at 10 <br><br> Safe Harbor Protection (Growth & Demand): <br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Safe Harbor Protection (Backlog): <br> • MTD at 17-18 <br> • Opp. at 14-16 |
| 30. | ¶437 | January 25, 2023 - 2Q2023 Earnings Call | Meyercord | "On the supply chain side, our ability to pull in components enabled us to achieve revenue upside, which we believe is sustainable into the second half of the year. As a result, we are raising our revenue outlook to the high-end of our prior 10% to 15% guidance range. We continue to be laser-focused on tactical execution to meet our customer's needs. . . . With a strong outlook for bookings growth and the gradual improvement of supply, we expect backlogs to remain relatively stable for the next several quarters. *We're in the beginning stages of an accelerated wave of product shipments and revenue growth over multiple quarters.* | Not False & Misleading (Growth & Demand): <br> • MTD at 7-12 <br> • Opp. at 4-10 <br><br> Safe Harbor Protection (Growth & Demand): <br> • MTD at 13-14 <br> • Opp. at 10-12 <br><br> Not False & Misleading (Backlog): <br> • MTD at 14-17 |

16

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | ***The majority of our backlog consists of the latest generation universal products*** that pull-through subscription and service bookings." | • Opp. at 12-14 |
| **31.** | ¶440 | January 25, 2023 - 2Q2023 Earnings Call | Tate | "Now turning to guidance. ***As we enter the second half [of FY2023], our confidence in the revenue outlook is supported by our product backlog of $542 million***, our services and subscription deferred revenue balance of $446 million, as well as a product pipeline that is up double-digits year-over-year...***Against this backdrop, we expected for Q3 revenue to be in the range of $315 million to $325 million***, gross margin to be in the range of 58% to 60% operating expenses to be in the range of $140 million to $145 million, and earnings to be in the range of $31.1 million to $38.4 million, or $0.23 to $0.29 per diluted share. We expect to cross the 60% gross margin threshold in Q4. For full fiscal year '23, we expect revenue growth towards the high end of our 10% to 15% outlook, with an operating margin in the mid-teens." | Safe Harbor Protection (Growth & Demand): <br>• MTD at 13-14 <br>• Opp. at 10-12 <br><br>Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br>• MTD at 17-18 <br>• Opp. at 14-16 |
| **32.** | ¶442 | January 27, 2023 - 2Q2023 Form 10-Q | Company Filing <br><br>(signed by Meyercord & Thomas) | On January 27, 2023, Extreme filed with the SEC its 2023 Second Quarter Form 10-Q for the quarterly period ended December 31, 2022 ("2Q2023"), which contained signed certifications by Defendants Meyercord and Thomas pursuant to Section 302 of SOX. <br><br>These SOX certifications again attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. <br><br>The 2Q2023 Form 10-Q stated total revenues of ***$318.3 million*** and product revenues of ***$223.4*** million for the quarter. | Not False & Misleading (Growth & Demand): <br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Inactionable Opinion (Backlog): <br>• MTD at 18-19 <br>• Opp. at 16-17 <br><br>Inactionable SOX Certification: <br>• MTD at 19 <br>• Opp. at 17 n.11 |

17

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 33. | ¶445 | April 26, 2023 - 3Q2023 Earnings Call | Meyercord | "*Extreme delivered another quarter of record results, driven by solid execution of our teams. Our top line performance was highlighted by improvements in our supply chain that drove 16% total revenue growth and 22% product revenue growth on a year-over-year basis*. We achieved double-digit growth in 8 of the past 9 quarters. Our operating margin and EBITDA also achieved quarterly records in Q3. . . .Although our Q3 bookings typically decline sequentially in the March quarter, *we in fact grew from December, reflecting strong demand*." | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10 |
| 34. | ¶447 | April 26, 2023 - 3Q2023 Earnings Call | Tate | "*Q3 financial results reflect record revenue,* operating margin, and EBITDA, *driven by increased product availability*. . . . *We are confident in our Q4 and FY '23 outlook and reiterate our commitment to mid-teens long-term growth through fiscal year '25. Our third quarter revenue of $332.5 million grew 16% year-over-year and 4% quarter-over-quarter, exceeding the high end of our expectations entering the quarter*. . .<br><br>*Now turning to guidance, we remain confident in the revenue outlook for Q4 as supported by our strong funnel of opportunities, our product backlog* and our services and subscription deferred revenue balance. . . . We continue to expect that the reduction in expedite fees and shipping costs, combined with the full impact of our recent pricing actions, will lead to a continued recovery in gross margin in Q4 and into fiscal year '24. *Against this backdrop, we expect for Q4 revenue to be in the range of $340 million to $350 million*[.]" | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Safe Harbor Protection (Growth & Demand):</u><br>• MTD at 13-14<br>• Opp. at 10-12<br><br><u>Not False & Misleading (Backlog):</u><br>• MTD at 14-17<br>• Opp. at 12-14<br><br><u>Safe Harbor Protection (Backlog):</u><br>• MTD at 17-18<br>• Opp. at 14-16<br><br><u>Inactionable Opinion (Backlog):</u><br>• MTD at 18-19<br>• Opp. at 16-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 35. | ¶449 | April 26, 2023 - 3Q2023 Earnings Call | Meyercord | **Analyst Question**: "As we look at the backlog, which we discussed looked to be down roughly $100 million due to adjustments in distributor orders, can you tell us what percentage of the backlog that's left is deferred revenue, customer orders or distributors still?"<br><br>**Meyercord**: "What we've said is that overall backlog is about 5x. Obviously, distributor behavior is a little more tied to lead times and lead times came down faster. ***We're expecting them to come down, so we really don't want to get into sort of dissecting backlog. Really what we want to do is reinforce our outlook of revenue growth. And we're doing that out through our fiscal '25, which is out there. We baked that into our revenue guide, and that's where we're trying to focus everyone***." | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Safe Harbor Protection (Growth & Demand):<br>• MTD at 13-14<br>• Opp. at 10-12<br><br>Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16 |
| 36. | ¶451 | April 27, 2023 - 3Q2023 Form 10-Q | Company Filing<br><br>(signed by Meyercord & Tate) | On April 27, 2023, Extreme filed with the SEC its 2023 Third Quarter Form 10-Q for the quarterly period ended March 30, 2022 ("3Q2023"), which contained signed certifications by Defendants Meyercord and Tate pursuant to Section 302 of SOX.<br><br>These SOX certifications again attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.<br><br>In the 3Q2023 Form 10-Q, Extreme reported total revenues of ***$332.5 million*** and product revenues of ***$241.1 million*** for the quarter. | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable SOX Certification:<br>• MTD at 19<br>• Opp. at 17 n.11 |
| 37. | ¶453 | May 17, 2023 - Needham | Tate | **Analyst Question**: "…you guys have pretty good visibility four, five, six quarters at least, and a pretty strong pipeline. So can you talk a little bit about, before we get into the backlog issues, the | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | Technology Conference | | pipeline and visibility that you're seeing in terms of new customer wins, in terms of the aging and weighting of that pipeline?"<br><br>**Tate**: "So we're always – obviously, we're very keen on demand and where demand is going. And so, we do a lot of analytics around that…***And we're seeing good demand. We're seeing double-digit growth in our weighted funnel year over year. And so that gives us confidence that demand is going to continue***. We saw, like you said, new logo growth, 20% bookings growth from new logos. And so we're expanding into different markets, going beyond our installed base. We're seeing larger deals in our funnel than we have in the past. And so we're competing at a higher level. So all of those things contribute." | • Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br>• MTD at 12-13<br>• Opp. at 10<br><br>Safe Harbor Protection (Growth & Demand):<br>• MTD at 13-14<br>• Opp. at 10-12<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br>• MTD at 18-19<br>• Opp. at 16-17 |
| 38. | ¶453 | May 17, 2023 - Needham Technology Conference | Tate | "***As far as visibility, we have our backlog...We've been growing our subscription business, which gives us visibility...between the backlog and the deferred revenue that we will recognize over time, we have really good, probably better than ever visibility into what we're going to achieve through the next fiscal year***." | Safe Harbor Protection (Growth & Demand):<br>• MTD at 13-14<br>• Opp. at 10-12<br><br>Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Safe Harbor Protection (Backlog):<br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br>• MTD at 18-19 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | | • Opp. at 16-17 |
| 39. | ¶456 | May 17, 2023 - Needham Technology Conference | Tate | "*The backlog is – consists of both the end user demand, and so orders for specific deals, specific projects; stadiums, hospitals, schools, et cetera. And then we have orders that are from our distributors for get -- having product on hand and on order to be able to deliver customers when the demand hits*." | Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 |
| 40. | ¶456 | May 17, 2023 - Needham Technology Conference | Tate | "*Now, we expect to see that continue over the next several quarters. We expect to see both releasing product, being able to ship to customers, enjoying that product revenue growth*, and we also expect to see the distributor orders adjusting as the lead times come down. It may not be linear, we may not see the same level of reduction in backlog in Q4 that we saw in Q3. We think it'll still be kind of gradual over the next several quarters but – four to five quarters until we get to that normalized level, which we said would be around $75 million to $100 million." | Not False & Misleading (Growth & Demand): <br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Safe Harbor Protection (Growth & Demand): <br>• MTD at 13-14 <br>• Opp. at 10-12 <br><br>Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br>• MTD at 17-18 <br>• Opp. at 14-16 |
| 41. | ¶458 | May 17, 2023 - Needham Technology Conference | Tate | **Analyst Question**: "So going back to the backlog issue, one of the questions we get most frequently is how visible is the backlog or is it double ordering or triple ordering? Can you address that issue…and maybe split between what you would see at the distie level and what you would see at the customer level?" <br><br>**Tate**: "So *we have excellent visibility into our backlog*. If I think about the question of *double ordering or triple ordering*, to me | Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 |

21

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | that means somebody needs some access points for a school, let's call it, and they're going to order access points from us and they're going to order access points from another vendor, or they may order it twice from us just to get the product. ***That is not happening, that's not a phenomenon we see at all***.<br><br>Our customers have to go through a deal registration process, it goes through – ***it's not cancelable. These are real projects that we see. And so I would say the vast majority of our backlog is related to this kind of end user demand project-based business and we don't see double ordering***." | |
| 42. | ¶460 | August 2, 2023 – 4Q2023 Earnings Press Release | Company Press Release | The press release reported that Extreme's revenues for the fourth quarter were "$***363.9 million, up 31% year-over-year, and up 9% quarter-over-quarter***," and Extreme's revenues for the full year 2023 were "$***1.3 billion, up 18% compared to $1.1 billion in fiscal 2022***." Extreme's product revenues for the fourth quarter 2023 were ***$261.7 million***, and product revenues for the full year 2023 were ***$932.5 million***. | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10 |
| 43. | ¶462 | August 2, 2023 - 4Q2023 Earnings Press Release | Rhodes | ***"Extreme delivered a year of exceptional performance, with revenue growth accelerating to 31% in the fourth quarter and 18% overall for the year***," said Ed Meyercord, President and Chief Executive Officer. "This marks our second consecutive year of double-digit growth. We're outgrowing our competitors, gaining share, and winning new logos, which helped drive more than 30% growth in the value of deals over $1 million. . . . I remain confident in our growth prospects and am excited about the new innovations and opportunities we have in store for FY24 and beyond," concluded Meyercord.<br><br>Kevin Rhodes, Executive Vice President and Chief Financial Officer stated, "the strong topline growth we achieved in Q4 and FY23 resulted in significant operating leverage that drove over | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10<br><br><u>Inactionable Opinion (Backlog):</u><br>• MTD at 18-19<br>• Opp. at 16-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | 76% growth in GAAP EPS. We doubled our cash generation to $235 million in free cash flow this year, and even after repurchasing another $100 million worth of shares, and paying down $80 million in debt, we improved our year-end balance sheet to achieve a net cash position. ***Extreme has never been in a more robust financial position***, and I am encouraged about our future prospects." | |
| 44. | ¶464 | August 2, 2023 - 4Q2023 Earnings Call | Meyercord | "This quarter, we were able to bring our product lead times down again as our supply chain environment continues to improve. ***We have the benefit of a healthy backlog of customer orders with request dates that spread fairly evenly through the end of our fiscal year. End customer orders remain firm and distributor orders have normalized, giving us confidence in our outlook for this fiscal year***. We continue to expect our backlog to settle in a range of $75 million to $100 million in Q1 '25." | <u>Safe Harbor Protection (Growth & Demand):</u><br>• MTD at 13-14<br>• Opp. at 10-12<br><br><u>Not False & Misleading (Backlog):</u><br>• MTD at 14-17<br>• Opp. at 12-14<br><br><u>Safe Harbor Protection (Backlog):</u><br>• MTD at 17-18<br>• Opp. at 14-16<br><br><u>Inactionable Opinion (Backlog):</u><br>• MTD at 18-19<br>• Opp. at 16-17 |
| 45. | ¶466 | August 2, 2023 - 4Q2023 Earnings Call | Meyercord | Defendant Meyercord later stated in the Earnings Call that: "***in EMEA and the rest of the markets, they remain very strong, and the demand in the U.S. market remains very strong***." | <u>Not False & Misleading (Growth & Demand):</u><br>• MTD at 7-12<br>• Opp. at 4-10<br><br><u>Inactionable Puffery (Growth & Demand):</u><br>• MTD at 12-13<br>• Opp. at 10 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| 46. | ¶468 | August 2, 2023 - 4Q2023 Earnings Call | Rhodes | "[F]ourth quarter earnings per share were $0.33 at the high end of our guidance entering the quarter. For the full year, fiscal '23, revenue of $1.3 billion grew 18% from the prior year on product revenue growth of 22%. ***During fiscal year '24, we expect continued strong product revenue growth, given the growing interest in our solution by customers and the ongoing normalization of our backlog***." | Not False & Misleading (Growth & Demand): <br>• MTD at 7-12 <br>• Opp. at 4-10 <br><br>Inactionable Puffery (Growth & Demand): <br>• MTD at 12-13 <br>• Opp. at 10 <br><br>Safe Harbor Protection (Growth & Demand): <br>• MTD at 13-14 <br>• Opp. at 10-12 <br><br>Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br>• MTD at 17-18 <br>• Opp. at 14-16 |
| 47. | ¶470 | August 2, 2023 - 4Q2023 Earnings Call | Meyercord | **Analyst Question**: "Can we get just an update on the backlog. Last quarter, you said 5x normal. Do we have a metric for this quarter?" <br><br>**Meyercord**: "*So Mike, we said last quarter that we were not going to give – we were going to move away from giving a specific backlog number each and every quarter. I think what Ed said in his prepared remarks is that our backlog is now – we feel like it will start to normalize throughout 2024 and into Q1 of 2025. We feel good about the level of backlog we have. For instance, it's primarily, I'd say, 90-plus percent is all end customer orders at this point. And so the distribution orders that*" | Not False & Misleading (Backlog): <br>• MTD at 14-17 <br>• Opp. at 12-14 <br><br>Safe Harbor Protection (Backlog): <br>• MTD at 17-18 <br>• Opp. at 14-16 <br><br>Inactionable Opinion (Backlog): <br>• MTD at 18-19 <br>• Opp. at 16-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | *we had in the past have basically worked themselves through the system, especially with supply chain getting better.* And so we feel good about those end customer orders and the timing of when those orders need to be shipped to those customers based on their own, I'll call it, like upgrade cycle and whatnot, we feel like it will come down fairly evenly throughout the year and into Q1 of '25. So feeling good about the level of backlog that we have and the timing of that coming out." | |
| 48. | ¶472 | August 22, 2023 - Rosenblatt Securities Summit | Rhodes | **Analyst**: "The company gave guidance and not timid guidance, which is mid- to high-teens revenue growth guidance with margin improvement every year, I think, and pretty aggressively right now. So, you came in basically a year into that where you did nothing, but exceed it, or three quarters of a year into that… [ ] this fiscal year, we saw some order weakness year-over-year in the beginning of the year. I think it started to come back. But, are you nervous about having not just 2024, but 2025 guidance out there?...how are you feeling about the guide?"<br><br>**Rhodes**: "*So, this year, we've got strong visibility into 2024, in particular Q1 and beyond Q2 and et cetera. And I can see it in the pipeline. I can see in our win rates, et cetera. And that gives me confidence in our ability to kind of say what we think is going to happen in 2024.* In 2025, I'm not changing yet the long-term guidance that the company had. I have no reason to. The reality is I went and looked at what we had as inherent assumptions within that model. We're already hitting some of those numbers that we have in long-term model from a – hey, we think that operating income is going to be closer to the 20% range. Well, geez, we just landed in Q4 at 17%. And then, OpEx, we're going to be in the 43% range. We're hitting that as well. And so, there's a number of different areas within the long-term model, growth rates, et cetera, as well in the 13% to 17% range. *We're* | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br><br>• MTD at 12-13<br>• Opp. at 10<br><br>Safe Harbor Protection (Growth & Demand):<br><br>• MTD at 13-14<br>• Opp. at 10-12<br><br>Safe Harbor Protection (Backlog):<br><br>• MTD at 17-18<br>• Opp. at 14-16<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | *already calling mid-teens growth this year and think in 2025 with the momentum we are building today, we don't see a lot of change for that at this moment*. We will update it again in November at our Analyst Day, and we're excited for that." | |
| 49. | ¶476 | August 24, 2023 - FY2023 Form 10-K | Company Filing (signed by Meyercord & Rhodes) | The 2023 Form 10-K stated that total revenues for the year were *$1.3 billion* and product revenues for the year were *$932.5 million*.<br><br>The Form 10-K also contained signed certifications by Defendants Meyercord and Rhodes pursuant to Section 302 of SOX. These SOX certifications attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud. | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17<br><br>Inactionable SOX Certification:<br><br>• MTD at 19<br>• Opp. at 17 n.11 |
| 50. | ¶478 | November 1, 2023 - 1Q2024 Earnings Call | Meyercord | "Our increasing pool of large, high-profile customers and our technology differentiation is why we continue to see the value of deals over $1 million grow each quarter. In Q1, we have more than 30 deals over $1 million. *We continue to have a healthy customer order backlog with clear visibility to order with specific customer request dates through the balance of our fiscal year.*<br><br>This quarter, our product lead times normalize, allowing us to continue working down backlog from product and strengths. We continue to expect our backlog to [settle] in a range of $75 million to $100 million by the end of Q4 fiscal '24." | Not False & Misleading (Backlog):<br><br>• MTD at 14-17<br>• Opp. at 12-14<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |
| 51. | ¶480 | November 1, 2023 - 1Q2024 Earnings Call | Rhodes | *"In the first quarter, we again demonstrated strong financial and operational performance...First quarter revenue of $353.1 million grew 19% year-over-year...Product revenue of $253.5* | Not False & Misleading (Growth & Demand):<br><br>• MTD at 7-12 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**
*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | | | *million grew 23% year-over-year, reflecting continued improvement in our supply chain environment*." | • Opp. at 4-10<br><br>Inactionable Puffery (Growth & Demand):<br>• MTD at 12-13<br>• Opp. at 10 |
| **52.** | ¶482 | November 1, 2023 - 1Q2024 Earnings Call | Meyercord | **Analyst**: "So is it safe to assume that backlog is probably almost back to a somewhat normalized level…"<br><br>**Meyercord**: "*I think it's fair to say that the -- our backlog as it relates to distribution has normalized, but we still have a fair amount of customer backlog that's out there* – and I can give an example of like Kroger. We had a very large win with Kroger. They're deploying all their stores. They don't necessarily want all the equipment upfront at once. They want to time that with their deployment." | Not False & Misleading (Backlog):<br>• MTD at 14-17<br>• Opp. at 4-10 |
| **53.** | ¶484 | November 2, 2023 - 1Q2024 Form 10-Q | Company Filing (signed by Meyercord & Rhodes) | On November 2, 2023, Extreme filed with the SEC its 2024 First Quarter Form 10-Q for the quarterly period ended September 30, 2023 ("1Q2024"), which contained signed certifications by Defendants Meyercord and Rhodes pursuant to Section 302 of SOX.<br><br>These SOX certifications again attested to the accuracy of the Company's financial reporting, the disclosure of any material changes to the Company's internal control over financial reporting, and the disclosure of all fraud.<br><br>The 1Q2024 Form 10-Q stated total revenues of *$353.1 million* and product revenues of *$235.5 million* for the quarter. | Not False & Misleading (Growth & Demand):<br>• MTD at 7-12<br>• Opp. at 4-10<br><br>Inactionable SOX Certification:<br>• MTD at 19<br>• Opp. at 17 n.11 |
| **54.** | ¶486 | November 22, 2023 - CRN | Meyercord | "*As you know, we put up 19 percent growth [in 1Q2024]. And I think the channel is very healthy because the channel is digesting all this backlog that is being released*. From a project | Not False & Misleading (Backlog):<br>• MTD at 14-17 |

**EXHIBIT A: DEFENDANTS' FALSE AND MISLEADING STATEMENTS AND OMISSIONS & MTD CHALLENGES AND RESPONSES**

*Steamfitters Local 449 Pension and Ret. Sec. Funds v. Extreme Networks, et al., No. 3:24-cv-05102-TLT*

| # | SAC ¶[1] | Source | Speaker(s) | False and Misleading Statement and Omission | MTD Challenges & Plaintiffs' Responses |
|---|---|---|---|---|---|
| | | Magazine Interview | | perspective, our channel partners are busy at work implementing our technology and networking solutions. So from that standpoint, these are boon times for our channel partners." | • Opp. at 12-14<br><br>Inactionable Opinion (Backlog):<br><br>• MTD at 18-19<br>• Opp. at 16-17 |