**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
dsaldamando@labaton.com
dlazarus@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No.: 3:24-cv-05102-TLT<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:      March 3, 2026<br>Time:      2:00 p.m.<br>Judge:    Hon. Trina L. Thompson<br>Courtroom:    No. 9 - 19th Floor |

LEAD PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF THEIR OPP'N TO MOT. TO DISMISS
Case No.: 3:24-cv-05102-TLT

Lead Plaintiffs, by and through their undersigned counsel, hereby give notice of two recent opinions that are relevant to the elements of falsity and scienter: (1) the Opinion of the United States Court of Appeals for the Ninth Circuit in *Constr. Laborers Pension Tr. of Greater St. Louis v. Funko Inc.*, --- F.4th ---, 2026 WL 292424 (9th Cir. Feb. 4, 2026), attached hereto as Exhibit A; and (2) the Order Re: Defendants' Motion for Judgment on the Pleadings in *Ind. Pub. Ret. Sys. v. Rivian Auto., Inc.*, No. 2:24-cv-4566-CBM-JPR, 2026 WL 199989 (C.D. Cal. Jan. 22, 2026), attached hereto as Exhibit B.

DATED:  February 17, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
dsaldamando@labaton.com
dlazarus@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street

-1-

Detriot, MI 48201
Tel: (313) 578-1200
Fax: (313) 578-1201
acastle @vmtlaw.com

*Additional Counsel for Oakland County Voluntary Employees' Beneficiary and Oakland County Employees' Retirement System*

-2-

LEAD PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF THEIR OPP'N TO MOT. TO DISMISS
Case No.: 3:24-cv-05102-TLT