LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme
Networks, Inc., Edward B. Meyercord III,
Rémi Thomas, Cristina Tate, Kevin
Rhodes, Norman Rice, and Jonas Brown*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF IN SUPPORT OF THEIR MOTION TO DISMISS THE SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>Judge:    Hon.  Trina L. Thompson |

PLEASE TAKE NOTICE that Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown ("Defendatns") hereby submit this Statement of Recent Authority in further support of Defendants' Motion to Dismiss the Second Amended Consolidated Complaint (Dkt. 104). Defendants inform the Court of a recent Opinion from the United States District Court for the Northern District of California in *Khan v. Chargepoint Holdings, Inc., et al.,* No. 23-cv-06172-NSW (Feb. 20, 2026), which dismissed claims asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

For the Court's convenience, a copy of the Opinion is attached hereto as **Exhibit A**.

Additionally, Defendants inform the Court of a recent Opinion from the United States Court of Appeals for the Ninth Circuit in *Minora Mivtachim Ins. Ltd. v. Meta Platforms, Inc., et al.,* No. 24-6218 (Feb. 24, 2026), which dismissed claims asserted under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

For the Court's convenience, a copy of the Opinion is attached hereto as **Exhibit B.**

Dated: February 26, 2026                    Respectfully submitted,

LATHAM & WATKINS LLP

By  */s/ Melanie M. Blunschi*
   Melanie M. Blunschi (Bar No. 234264)
    melanie.blunschi@lw.com
   Morgan E. Whitworth (Bar No. 304907)
    morgan.whitworth@lw.com
   505 Montgomery St., Suite 2000
   San Francisco, CA 94111
   Telephone: +1.415.391.0600

   Daniel R. Gherardi (Bar No. 317771)
    daniel.gherardi@lw.com
   140 Scott Drive
   Menlo Park, CA 94025
   Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown*