**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
dsaldamando@labaton.com
dlazarus@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs and
Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br><br>Plaintiff,<br><br>v.<br><br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No.: 3:24-cv-05102-TLT<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br><br>Date:    March 3, 2026<br>Time    2:00 p.m.<br>Judge:  Hon. Trina L. Thompson<br>Courtroom:    No. 9 - 19th Floor |

Lead Plaintiffs submit this Statement of Recent Authority in further support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. 109), and hereby provide notice of a recent opinion from the United States District Court of the Central District of California in *In re The Trade Desk, Inc. Sec. Litig. et al.*, No. 2:25-cv-01396-CAS-DFMx, 2026 WL 790911 (C.D. Cal. Mar. 17, 2026). In *The Trade Desk*, the court rejected the defendants' arguments concerning falsity, scienter, and loss causation in denying defendants' motion to dismiss the securities class action complaint. *Id.* at *9-14. For the Court's convenience, a copy of the Opinion is attached hereto as **Exhibit A**.

DATED:  March 23, 2026

Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
David Saldamando (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Alexandra E. Forgione (*pro hac vice*)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
dsaldamando@labaton.com
dlazarus@labaton.com
aforgione@labaton.com

*Counsel for Lead Plaintiffs and*
*Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar. No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

-1-

LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPP'N TO MOT. TO DISMISS
Case No.: 3:24-cv-05102-TLT

*Liaison Counsel for the Class*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Aaron L. Castle (*pro hac vice*)
79 Alfred Street
Detriot, MI 48201
Tel: (313) 578-1200
Fax: (313) 578-1201
acastle @vmtlaw.com

*Additional Counsel for Oakland County Voluntary Employees' Beneficiary and Oakland County Employees' Retirement System*

-2-
LEAD PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPP'N TO MOT. TO DISMISS
Case No.: 3:24-cv-05102-TLT