LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc.,*
*Edward B. Meyercord III, Rémi Thomas, Cristina*
*Tate, Kevin Rhodes, Norman Rice, and Jonas*
*Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No. 3:24-cv-05102-TLT<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISIONS OR, IN THE ALTERNATIVE, TO STRIKE PLAINTIFFS' UNTIMELY STATEMENT OF RECENT DECISION**<br><br>Hon. Trina L. Thompson |

Pursuant to Civil Local Rule 7-3(d), Defendants Extreme Networks, Inc., Edward B. Meyercord III, Remi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice and Jonas Brown ("Defendants") respectfully move the Court for an Order granting leave to file a Statement of Recent Decision, containing citations and providing copies of the recent decision the United States District Court for the Northern District of California in *Barker v. Nextracker, Inc.,* 2026 WL 657744 (N.D. Cal. Mar. 9, 2026), attached as **Exhibit A** hereto ("*Barker* Decision) or, in the alternative, to strike Plaintiffs' untimely statement of recent decision, Dkt. 130.  The *Barker* decision is relevant to the Defendants' pending Motion to Dismiss the Second Amended Class Action Complaint ("Motion to Dismiss"). Dkt. 104.

In the alternative, Defendants respectfully request that the Court strike Plaintiffs' untimely statement of recent decision, Dkt. 130, which violates Local Rule 7-3(d)(2) because it was filed 20 days after the hearing on the Motion to Dismiss without leave of Court.  *See* Civ. L.R. 7-3(d)(2) ("***Before the noticed hearing date***, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision." (emphasis added)).

In support of this Motion for Leave, Defendants state as follows:

1.     On October 3, 2025, Defendants moved to dismiss the Second Amended Class Action Complaint and noticed the motion for a hearing on March 3, 2026.  Dkt. 104.

2.     On November 3, 2025, Plaintiffs filed an Opposition to the Motion to Dismiss. Dkt. 109.

3.     On November 25, 2025, Defendants filed a Reply in support of their Motion to Dismiss.  Dkt. 110.

4.     On March 3, 2026, the Court heard oral argument on Defendants' Motion to Dismiss and took the Motion under advisement.  Dkt. 126.

5.     On March 9, 2026, Judge P. Casey Pitts of the United States District Court for the Northern District of California issued the *Barker*  Decision. *See* Exhibit A.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' MOTION
FOR LEAVE TO FILE RECENT DECISION
CASE NO. 3:24-cv-05102-TLT

2

6. The *Barker* decision's analysis of the defendants' statements regarding order backlogs and its associated discussion of other "backlog" cases, 2026 WL 657744 at *1-2, 4-6, are directly relevant to issues in the Motion to Dismiss.

7. Pursuant to Civil Local Rule 7-3(d)(2), a Statement of Recent decision may be filed "[b]efore the noticed hearing date[.]"  Thus, although the Court heard oral argument and took Defendants' Motion to Dismiss under advisement, Defendants seek leave to submit a copy of the *Barker* Decision attached hereto as Exhibit A.

8. On March 23, 2026, Plaintiffs filed a statement of recent decision concerning a decision from the Central District of California, *In re The Trade Desk, Inc. Sec. Litig. et al.*, No. 2:25-cv-01396-CAS-DFMx, 2026 WL 790911 (C.D. Cal. Mar. 17, 2026), which does not concern "backlog" or channel-stuffing allegations.  Plaintiffs did not seek leave prior to filing this statement of recent decision.

For the foregoing reasons, Defendants respectfully request that the Court grant them leave to file a Statement of Recent Decision along with a copy of the *Barker* Decision, attached hereto as Exhibit A.  In the alternative, Defendants respectfully request that the Court strike Plaintiffs' untimely Statement of Recent Decision, Dkt. 130.

DATED: March 23, 2026                     LATHAM & WATKINS LLP

*/s/ Morgan E. Whitworth*
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' MOTION
FOR LEAVE TO FILE RECENT DECISION
CASE NO. 3:24-cv-05102-TLT

3