LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc.,*
*Edward B. Meyercord III, Rémi Thomas,*
*Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Case No.: 3:24-cv-05102-TLT<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Hon. Trina L. Thompson |

Pursuant to Civil Local Rule 7-3(d)(2) and with leave of Court, Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice and Jonas Brown ("Defendants") respectfully submit this Statement of Recent Decision in connection with their pending Motion to Dismiss the Second Amended Class Action Complaint (Dkt. 104) ("Motion to Dismiss").

Attached as Exhibit A is a copy of a recent decision issued by Judge P. Casey Pitts of the United States District Court for the Northern District of California in *Barker v. Nextracker, Inc.,* 2026 WL 657744 (N.D. Cal. Mar. 9, 2026).

The decision was issued after oral argument on Defendants' Motion to Dismiss (*see* Dkt. 126), and its analysis of the defendants' statements regarding order backlogs and associated discussion of other "backlog" cases, 2026 WL 657744 at *1-2, 4-6, are directly relevant to issues in the Motion to Dismiss.

DATED: March 23, 2026                LATHAM & WATKINS LLP

/s/ Morgan E. Whitworth
Melanie M. Blunschi (Bar No. 234264)
melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice, and Jonas Brown*