LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
  melanie.blunschi@lw.com
Morgan E. Whitworth (Bar No. 304907)
  morgan.whitworth@lw.com
505 Montgomery St., Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

*Attorneys for Defendants Extreme Networks, Inc.,
Edward B. Meyercord III, Rémi Thomas,
Cristina Tate, Kevin Rhodes, Norman Rice, and
Jonas Brown*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants | Case No. 3:24-cv-05102-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>Hon. Trina L. Thompson |

## ORDER

Having considered the papers in support of Defendants Extreme Networks, Inc., Edward B. Meyercord III, Rémi Thomas, Cristina Tate, Kevin Rhodes, Norman Rice and Jonas Brown's ("Defendants") Motion for Leave to File Statement of Recent Decision ("Motion") and good cause appearing therefor, Defendants' Motion is hereby **GRANTED**.  Defendants shall be permitted to file the Statement of Recent Decision.

**IT IS SO ORDERED.**

DATED: _____                    By:_____
                                              Hon. Trina L. Thompson
                                              United States District Judge

[PROPOSED] ORDER GRANTING LEAVE
TO FILE STATEMENT OF RECENT DECISION
Case No: 3:24-cv-05102-TLT

1