**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN<br><br>Defendants. | Civil Action No. 3:24-cv-05102-TLT<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED, AS MODIFIED BY LEAD PLAINTIFFS' RESPONSIVE DECLARATION**<br><br>The Honorable Trina L. Thompson |

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED, AS MODIFIED BY LEAD PLAINTIFFS' RESPONSIVE DECLARATION
Civil Action No.: 3:24-cv-05102-TLT

On May 1, 2026, Defendants filed an Administrative Motion to Consider Whether Other Parties' Material Should Be Sealed dated May 15, 2026 (ECF No. 147, the "Motion"). On May 22, 2026, Lead Counsel for Lead Plaintiffs Oklahoma Firefighters Pension and Retirement System ("Oklahoma Fire"), Oklahoma Police Pension and Retirement System, Oakland County Voluntary Employees' Beneficiary Association, and Oakland County Employees' Retirement System (collectively, "Lead Plaintiffs") filed the Declaration of Lauren A. Ormsbee in Response to the Motion (the "Declaration"). The Declaration explained that Lead Plaintiffs seek under-seal treatment only for a subset of the material identified in Defendants' Motion where Lead Plaintiffs were the designating party, as specifically stated in the Declaration, and that all other Lead Plaintiff-related materials, or portions thereof, may be publicly filed.

Having considered the Motion and Lead Plaintiffs' Declaration in response thereto, and good cause to seal having been shown, the Motion is hereby GRANTED with respect to Lead Plaintiffs' material as narrowed and modified by their responsive Declaration. Specifically, only the following Lead Plaintiff-related materials filed under seal shall remain under seal: page 31, line 1 through page 33, line 25 of Exhibit 25[1] to the Declaration of Morgan E. Whitworth in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, dated May 15, 2026 (ECF No. 146-1).

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Trina L. Thompson
United States District Judge

---

[1] Exhibit 25 is a 6-page excerpt from the Rule 30(b)(6) deposition of Lead Plaintiff Oklahoma Fire's corporate representative.

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER OTHER PARTIES' MATERIALS SHOULD BE SEALED, AS MODIFIED BY LEAD PLAINTIFFS' RESPONSIVE DECLARATION
Civil Action No.: 3:24-cv-05102-TLT                                                                    1