**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Jesse L. Jensen (*pro hac vice*)
Adam Federer (*pro hac vice*)
Danielle S. Lazarus (*pro hac vice*)
Jacqueline E. Lacovara (pro hac vice)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
jjensen@labaton.com
afederer@labaton.com
dlazarus@labaton.com
jlacovara@labaton.com

*Class Counsel and Counsel for Class Representatives*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
Reed R. Kathrein (Bar No. 139304)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com
reed@hbsslaw.com

*Liaison Counsel for the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, on Behalf of Itself and All Others Similarly Situated,

Plaintiffs,

v.

EXTREME NETWORKS, INC., EDWARD B. MEYERCORD III, RÉMI THOMAS, CRISTINA TATE, KEVIN RHODES, NORMAN RICE, JONAS BROWN,

Defendants.

Case No. 3:24-cv-05102-TLT

**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

**Date**: December 1, 2026
**Time**: 2:00 p.m.
**Judge**: Hon. Trina L. Thompson
**Courtroom**: No. 9, 19th Floor

I, LAUREN A. ORMSBEE, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Keller Sucharow LLP, Court-appointed Class Counsel in the above-captioned class action (the "Action"), and am admitted to practice before this Court *pro hac vice*. I respectfully submit this declaration in support of Class Representatives' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (the "Motion"), and have knowledge of the matters stated herein based on my involvement throughout the course of this litigation and based on information and belief.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of October 15, 2026, with exhibits thereto.

Exhibit 2: Firm resume of Labaton Keller Sucharow LLP.

Exhibit 3: Declaration of Matthew D. Cain, Ph.D., dated October 15, 2026.

Exhibit 4: Laarni Bulan and Eric Tam, *Securities Class Action Settlements – 2025 Review and Analysis* (Cornerstone Research 2026).

Exhibit 5: Laarni Bulan and Eric Tam, *Securities Class Action Settlements – 2026 Midyear Assessment* (Cornerstone Research 2026).

Exhibit 6: Declaration of Adam D. Walter on Behalf of A.B. Data, Ltd., dated October 15, 2026, with attached exhibits.

3. As explained in the Motion, we selected A.B. Data, Ltd. ("A.B. Data") after a competitive bidding process in which four firms submitted cost proposals. A.B. Data had a very competitive proposal and highly relevant experience before the Court. All of the cost proposals involved comparable methods of providing notice and claims processing, including use of direct mailing by postcard and email, and identification of potential Class Members through third-party brokers and nominee owners.

4. My firm has engaged A.B. Data to serve as the administrator in nine securities cases other than this action in the past two years (as compared to a total of 28 such new engagements during the same period). We have found A.B. Data to be a very skilled and capable administrator for securities class actions such as this, with competitive pricing compared to similar administration firms. My firm has no financial interest in A.B. Data, and A.B. Data has no financial interest in my firm.

5. My firm has no affiliation with the proposed *cy pres* beneficiary, Consumer Federation of America.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 15, 2026.

/s/ *Lauren A. Ormsbee*
LAUREN A. ORMSBEE